CHUN, KERR, DODD, BEAMAN & WONG,
a Limited Liability Law Partnership

ANDREW V. BEAMAN   #2914-0
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813
Telephone:  (808) 528-8200
E-mail: abeaman@ckdbw.com

Attorney for Defendant
Deutsche Bank National Trust
Company, solely in its
trustee capacity

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 11 2012
at 3 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIONEL LIMA, JR and BARBARA-ANN DELIZO-LIMA; and CALVIN JON KIRBY, II, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>    vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION; DAVID B. ROSEN, and DOE DEFENDANTS 1-50,<br><br>           Defendants. | CIVIL. NO. CV-12-00509 RLP<br><br>RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE; CERTIFICATE OF SERVICE |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT DEUTSCHE BANK
NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE**

Defendant Deutsche Bank National Trust Company

("DBNTC"), solely in its capacity as trustee of the relevant

trusts, through its attorneys, hereby submits its corporate

151194.1

disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.[1]

1. DBNTC is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a publicly held banking corporation organized under the laws of the Federal Republic of Germany. No publicly held company owns 10% or more of Deutsche Bank AG's stock.

2. The Trusts are formed under the laws of the state of New York. The Trusts have issued mortgage-backed securities that are eligible for public trading. Certain holders of the securities are believed to be publicly traded corporations.

---

[1] Although it is not entirely clear, DBNTC appears to be named herein solely in its capacity as a trustee. The relevant trusts are: New Century Home Equity Loan Trust, Series 2005-C (Lima Plaintiffs) and Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 (Plaintiff Kirby) (the "Trusts").
   In any event, Plaintiffs lack standing to assert claims against DBNTC in any other capacity, including in its individual capacity. See Yau v. Deutsche Bank Nat'l Trust Co., No. 8:11-CV-00006-JVS-RNB, 2011 WL 8327957, at *2 (C.D. Cal. May 9, 2011)(plaintiffs lacked standing to sue DBNTC in its individual capacity because allegations related to conduct of DBNTC solely in its trustee capacity); Mayo v. GMAC Mortg. LLC, No. 08-00568-CV-W-DGK, 2010 U.S. Dist. LEXIS 51517, at *8 (W.D. Mo. Mar. 1, 2010) (same); Briscoe v. Deutsche Bank Nat'l Trust Co., No. 08-CV-1279 (JBZ), 2008 WL 4852977, at *5 (N.D. Ill. Nov. 7, 2008) (same).

151194.1

DATED:  Honolulu, Hawaii, September 11, 2012.

_____
ANDREW V. BEAMAN
CHUN, KERR, DODD, BEAMAN & WONG
A Limited Liability Law Partnership

Attorney for Defendant
Deutsche Bank National Trust Company,
solely in its capacity as trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIONEL LIMA, JR and BARBARA-ANN DELIZO-LIMA, individually and on behalf of all those similarly situated,<br><br>  Plaintiffs,<br>  vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY and DOE DEFENDANTS 1-50.<br><br>  Defendants. | CIVIL. NO. CV12-00509 RLP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was or will be duly served upon the following parties, by hand delivery, on this date, addressed as follows:

> James J. Bickerton, Esq.
> Stanley H. Roehrig, Esq.
> BICKERTON LEE DANG & SULLIVAN
> 745 Fort Street, Suite 801
> Honolulu, Hawaii  96813
>
> Raymond C. Cho, Esq.
> Van-Alan H. Shima, Esq.
> AFFINITY LAW GROUP
> 1188 Bishop Street, Suite 3408
> Honolulu, Hawaii  96813
>
> Attorneys for Plaintiffs
> Lionel Lima, Jr. and
> Barbara-Ann Delizo-Lima;
> and Calvin Jon Kirby

151194.1

DATED:  Honolulu, Hawaii, September 11, 2012.

_____
ANDREW V. BEAMAN
CHUN, KERR, DODD, BEAMAN & WONG
A Limited Liability Law Partnership

Attorney for Defendant
Deutsche Bank National Trust Company,
solely in its capacity as trustee