DAVID B. ROSEN (7152-0)
LAUREN M. AKITAKE (8858-0)
THE LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

Attorneys for Defendants THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION, and DAVID B. ROSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIONEL LIMA, JR.; BARBARA-ANN DELIZO-LIMA; and CALVIN JON KIRBY, II, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION; DAVID B. ROSEN; and DOE DEFENDANTS 1-50,<br><br>Defendants. | CIVIL NO. 12-00509 SOM-RLP<br><br>DEFENDANTS THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION AND DAVID B. ROSEN'S **MOTION FOR RECONSIDERATION** REGARDING [GIBO DKT. NO. 125] [LIMA DKT. NO. 96] ORDER DENYING ROSEN DEFENDANTS' MOTIONS FOR RULE 11 SANCTIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID B. ROSEN; EXHIBITS A-F; CERTIFICATE OF SERVICE |
| EVELYN JANE GIBO, individually and on behalf of all others similarly situated,<br><br>Plaintiff, | CIVIL NO. 12-00514 SOM-RLP |

vs.

U.S. BANK NATIONAL ASSOCIATION, also known as U.S. Bank N.A., a national banking association; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION, a Hawaii professional corporation; DAVID B. ROSEN, individually; and DOE DEFENDANTS 1-50,

        Defendants.

**DEFENDANTS THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION AND DAVID B. ROSEN'S MOTION FOR RECONSIDERATION REGARDING [GIBO DKT. NO. 125] [LIMA DKT. NO. 96] ORDER DENYING ROSEN DEFENDANTS' <u>MOTIONS FOR RULE 11 SANCTIONS</u>**

COME NOW DEFENDANTS THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION (the "Law Office"), and DAVID B. ROSEN ("Rosen") (collectively referred to herein as the "Rosen Defendants"), by and through their undersigned counsel, The Law Office of David B. Rosen, ALC, and respectfully move this Court for reconsideration of the [Gibo Dkt. No. 125] [Lima Dkt. No. 96] Order Denying Rosen Defendants' Motions for Rule 11 Sanctions.

This Motion is made pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rules of Practice for the United States District Court for the District of Hawaii Rules 60.1 and 74.1, and is based upon all pleadings, papers, and documents filed herein, the accompanying Memorandum in Support, the

Declaration of David B. Rosen, and the exhibits attached thereto, as well as any oral or documentary evidence properly presented before the Court at the time of the hearing on this Motion.

DATED: Honolulu, Hawaii, August 12, 2013.

/s/ David B. Rosen
DAVID B. ROSEN
LAUREN M. AKITAKE
Attorneys for Defendants
THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION, and DAVID B. ROSEN