**Jennifer Pineda**

| | |
|---|---|
| **From:** | *David Rosen* |
| **Sent:** | *Tuesday, August 06, 2013 12:58 PM* |
| **To:** | *Bickerton, James J.* |
| **Subject:** | *RE: SIGWART et al: Complaint* |

A request for an extension of the 20 days to respond to a complaint is routine. I have never had anyone *other than you* demand a reason for a modest extension. Moreover, I have never denied such a request from another attorney, nor have I ever had such a request denied by another attorney *except by you*.

Among other reasons, my request for 60 days is necessary to: (i) research the facts you have alleged (and to obtain documents that you refer to, but refuse to provide to me); (ii) determine what, if any, defenses and counter claims I may have; and (iii) research and prepare a responsive motion or Answer. Furthermore, as I have previously advised you, I have a busy case load and I am basically on my own at this time. I have also not yet decided whether I will retain counsel to defend me in this case.

Because of this, I have requested documentation from you and a reasonable extension to respond to your 17 page complaint, which involves 2 transactions and 2 plaintiffs. You have refused my requests for both a 40 day extension and documentation. No clarification is necessary; your conduct speaks for itself.

There is absolutely nothing in your case that is time sensitive and would warrant your denying me a 40 day extension other than your own intransigence. It is clear that your intent in suing me for the *fourth* time on the same frivolous claims is intended to harass and intimidate me.

I fail to see how your conduct is in the best interests of your clients or complies with the Guidelines of Professional Courtesy and Civility.

David B. Rosen, Esq.
The Law Office of David B. Rosen, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
808.523.9393 (Tel)  808.523.9595 (Fax)

[*] The Law Office of David B. Rosen, ALC is Of Counsel to Pite Duncan, LLP
_____

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the Law Office of David B. Rosen in furtherance of and for the purpose of facilitating the rendition of professional legal services. If you are a client, this e-mail may be protected by the attorney-client privilege and the work product doctrine. Do not share this e-mail with opposing parties, opposing counsel or any other third-person or entity. Copies of this e-mail should not be kept in your regular files. If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client Privilege." DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.



# EXHIBIT D

**FAIR DEBT COLLECTION PRACTICES ACT NOTICE:** **Federal law requires us to notify you that this office is attempting to collect a debt. Any information obtained will be used for that purpose. All included information is proprietary and confidential and is for the use of the intended recipient only.**

---

**From:** Bickerton, James J. [mailto:bickerton@bsds.com]
**Sent:** Tuesday, August 06, 2013 12:21 PM
**To:** David Rosen
**Subject:** Re: SIGWART et al: Complaint

Those statements are not correct. If you offer some reason for a particular extension request I will consider it. However, the one you have offered is not acceptable.

Otherwise, my email speaks for itself and your attempts to "clarify" it are unhelpful.


On Tue, Aug 6, 2013 at 12:02 PM, David Rosen <drosen@rosenlawhawaii.com> wrote:

Just to clarify:

  1.  You are refusing to allow me any extension of the 20 day Answer/Response deadline if I decide to proceed *pro se*.

  2.  You are also refusing to provide me with any of the documentation referred to in your complaint and upon which the allegations in your complaint are premised if I decide to proceed *pro se*.

  3.  You are also refusing my requests because I have filed Rule 11 motions against you.

David B. Rosen, Esq.
The Law Office of David B. Rosen, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
808.523.9393 (Tel)  808.523.9595 (Fax)

  * The Law Office of David B. Rosen, ALC is Of Counsel to Pite Duncan, LLP
_____

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the Law Office of David B. Rosen in furtherance of and for the purpose of facilitating the rendition of professional legal services. If you are a client, this e-mail may be protected by the attorney-client privilege and the work product doctrine. Do not share this e-mail with opposing parties, opposing counsel or any other third-person or entity. Copies of this e-mail should not be kept in your regular files. If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client Privilege." DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.

**FAIR DEBT COLLECTION PRACTICES ACT NOTICE:** **Federal law requires us to notify you that this office is attempting to collect a debt. Any information obtained will be used for that purpose.  All included information is proprietary and confidential and is for the use of the intended recipient only.**

---

**From:** Bickerton, James J. [mailto:bickerton@bsds.com]
**Sent:** Tuesday, August 06, 2013 11:41 AM
**To:** David Rosen
**Subject:** Re: SIGWART et al: Complaint

David

The last time you asked for more time, purportedly to sort out your coverage issue, you appeared pro se and had your insurance company lawyer sit in the gallery.  I am not interested in a repeat of that.  If your lawyer asks me for an extension and appears for you, I will grant him or her the courtesy requested.  I note that this claim was made in the same insurance policy period as Gibo/Lima and hence your coverage issues should all be worked out already.  You have Mr. Olson available.  I suggest you use him.

With respect to the documents you request, you can have them in the ordinary course of discovery by the usual methods.  Given that you have (unsuccessfully so far) made a Rule 11 attack on me, I think it is proper for me to proceed by the book with you as much as possible.

Again, if and when you are represented by counsel who appears on your behalf I am willing to revisit the issue of what informal discovery may be provided.

Jim

On Tue, Aug 6, 2013 at 8:23 AM, David Rosen <drosen@rosenlawhawaii.com> wrote:

Please advise if you are going to respond to my below requests.

David B. Rosen, Esq.
The Law Office of David B. Rosen, ALC
810 Richards Street, Suite 880

Honolulu, HI 96813
808.523.9393 (Tel)  808.523.9595 (Fax)

* The Law Office of David B. Rosen, ALC is Of Counsel to Pite Duncan, LLP
_____

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the Law Office of David B. Rosen in furtherance of and for the purpose of facilitating the rendition of professional legal services.  If you are a client, this e-mail may be protected by the attorney-client privilege and the work product doctrine.  Do not share this e-mail with opposing parties, opposing counsel or any other third-person or entity. Copies of this e-mail should not be kept in your regular files.  If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client Privilege." DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.

FAIR DEBT COLLECTION PRACTICES ACT NOTICE: **Federal law requires us to notify you that this office is attempting to collect a debt. Any information obtained will be used for that purpose.  All included information is proprietary and confidential and is for the use of the intended recipient only.**

---

**From:** David Rosen
**Sent:** Thursday, August 01, 2013 3:16 PM
**To:** James J. Bickerton
**Subject:** RE: SIGWART et al: Complaint

I will be in my office tomorrow and most of Monday and Tuesday, so you can serve me then.

*By copy of this email, I am requesting that you agree to allow me 60 days from service to respond to the Complaint.* The reason for this request is that I need time to submit this matter to my E&O insurer, and possibly have counsel appointed to defend me and my firm.

Also, while I understand that you are not *required* to respond to my inquiries, I am *requesting* that you respond to the below comments I have regarding your Complaint:

1.   At ¶¶ 29 and 51 you allege that "At all relevant times, the ROSEN DEFENDANTS knew that Plaintiff Sigwart's Property had a market value of $600,000.  By relevant times, I assume you mean at the time of the actual foreclosure

4

auction on August 28, 2009.  ***Please provide me with whatever information you have as to the value of Ms. Sigwart's property as of the auction date.***

As you should be aware, following the foreclosure auction on 8/28/09, at which the foreclosing mortgagee was the high bidder with a credit bid of $383,712.13, "Sigwart's Property" was listed through the MLS and apparently sold by the foreclosing mortgagee for $320,000 on or about 4/22/10.  See http://www.easymauirealestate.com/property/210-Humupea-Place-Kihei-Hawaii.

2.   Similarly, at ¶ 30, you allege that the fair market value of Plaintiff Dahlberg's Property was significantly more than the indebtedness owed.  You offer neither a purported valuation or basis for this assertion.  ***Please provide me with whatever information you have as to the value of Mr. Dahlberg's property as of the auction date.***

   ***Please also confirm whether Mr. Dahlberg is still in possession of the subject property and/or deriving rental income therefrom.***

3.   I assume that you have obtained copies of the recorded Mortgagee's Affidavits in both cases.  ***Please provide those to me as I do not have copies and I am not aware of what transpired following the auctions of the subject properties.***

David B. Rosen, Esq.
The Law Office of David B. Rosen, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
808.523.9393 (Tel)  808.523.9595 (Fax)

* The Law Office of David B. Rosen, ALC is Of Counsel to Pite Duncan, LLP
_____

GENERAL NOTICE: This e-mail, including any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please reply to the sender that you have received the message in error, then delete it. Thank you.

NOTICE TO CLIENTS: This e-mail has been sent as a confidential communication by the Law Office of David B. Rosen in furtherance of and for the purpose of facilitating the rendition of professional legal services.  If you are a client, this e-mail may be protected by the attorney-client privilege and the work product doctrine.  Do not share this e-mail with opposing parties, opposing counsel or any other third-person or entity. Copies of this e-mail should not be kept in your regular files.  If you print a copy of this e-mail, place it in a separate file labeled "Attorney-Client Privilege." DO NOT PRODUCE A COPY OF THIS E-MAIL IN DISCOVERY.

**FAIR DEBT COLLECTION PRACTICES ACT NOTICE:** **Federal law requires us to notify you that this office is attempting to collect a debt. Any information obtained will be used for that purpose.  All included information is proprietary and confidential and is for the use of the intended recipient only.**

---

**From:** Bickerton, James J. [mailto:bickerton@bsds.com]
**Sent:** Wednesday, July 31, 2013 6:29 PM
**To:** David Rosen
**Subject:** Fwd: SIGWART et al: Complaint


*David*


*Attached is a new suit we filed against you today in Circuit Court.  This is not formal service but is intended to give you timely notice of the case.  Let me know when you will be available for service.  I wanted you to have a copy right away before the month ends so that the claim is made in the month of July.*


*Thank you for your attention to this matter.*


*Jim Bickerton*
_____


This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law, including the attorney-client privilege and/or the attorney work product privilege. If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and return the original message by e-mail to the sender or to *postmaster@bsds.com*.  Thank you.




--
**James J. Bickerton, Esq.**


Bickerton Lee Dang & Sullivan

745 Fort Street, Suite 801

Honolulu, HI 96813

Phone: 808.599.3811 x.513

Fax: 808.533.2467

This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law, including the attorney-client privilege and/or the attorney work product privilege. If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and return the original message by e-mail to the sender or to postmaster@bsds.com.   Thank you.

--
**James J. Bickerton, Esq.**

Bickerton Lee Dang & Sullivan

745 Fort Street, Suite 801

Honolulu, HI 96813

Phone: 808.599.3811 x.513

Fax: 808.533.2467

This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law, including the attorney-client privilege and/or the attorney work product privilege. If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and return the original message by e-mail to the sender or to postmaster@bsds.com.   Thank you.

--
**James J. Bickerton, Esq.**

Bickerton Lee Dang & Sullivan
745 Fort Street, Suite 801
Honolulu, HI 96813
Phone: 808.599.3811 x.513
Fax: 808.533.2467

This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law, including the attorney-client privilege and/or the attorney work product privilege. If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by e-mail or telephone and return the original message by e-mail to the sender or to postmaster@bsds.com.   Thank you.