UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIONEL LIMA, JR.; BARBARA-ANN DELIZO-LIMA; and CALVIN JON KIRBY, II, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION; DAVID B. ROSEN; and DOE DEFENDANTS 1-50,<br><br>      Defendants. | CIVIL NO. 12-00509 SOM-RLP<br><br>**CERTIFICATE OF SERVICE** |
| EVELYN JANE GIBO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, also known as U.S. Bank N.A., a national banking association; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION, a Hawaii professional corporation; DAVID B. ROSEN, individually; and DOE DEFENDANTS 1-50,<br><br>      Defendants. | CIVIL NO. 12-00514 SOM-RLP |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the forgoing document will be served to the following parties electronically through CM/ECF:

BICKERTON LEE DANG & SULLIVAN
James J. Bickerton, Esq.
Stanley H. Roehrig, Esq.
745 Fort Street, Ste. 801
Honolulu, Hawaii 96813
bickerton@bsds.com
shroehrig@hawaii.rr.com
(Attorneys for Plaintiffs)

AFFINITY LAW GROUP
Raymond C. Cho, Esq.
Van-Alan H. Shima, Esq.
1188 Bishop Street, Ste. 3408
Honolulu, Hawaii 96813
rcho@affinitylaw.com
(Attorneys for Plaintiffs)

CHUN, KERR, DODD, BEAMAN & WONG
Andrew V. Beaman, Esq.
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813
abeaman@chunkerr.com
(Attorney for Defendant Deutsche Bank National Trust Company)

BERNARD J. GARBUTT III,
101 Park Avenue
New York, New York 10178
bgarbutt@morganlewis.com
(*Pro Hac Vice* Attorney for Defendant Deutsche Bank National Trust Company)

[SIGNATURE PAGE FOLLOWS]

DATED: Honolulu, Hawaii, August 12, 2013.

        /s/David B. Rosen
        DAVID B. ROSEN
        LAUREN M. AKITAKE
        Attorneys for Defendants
        THE LAW OFFICE OF DAVID B.
        ROSEN, A LAW CORPORATION, and
        DAVID B. ROSEN