IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIONEL LIMA, JR. and BARBARA-ANN DELIZO-LIMA; and CALVIN JON KIRBY II individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION; DAVID B. ROSEN, and DOE DEFENDANTS 1- 50,<br><br>Defendants. | NO. 1:12-cv-00509-SOM-RLP<br><br>**DECLARATION OF BERNARD J. GARBUTT III** |

## DECLARATION OF BERNARD J. GARBUTT III

I, BERNARD J. GARBUTT III, do hereby declare under penalty of perjury as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant Deutsche Bank National Trust Company ("DBNTC"), in its capacity as trustee (the "Trustee"). I am an attorney admitted to practice in the State and Federal Courts of New York. I am admitted in this action *pro hac vice*. I make this declaration based upon my own knowledge, publicly-available documents, documents and/or information from DBNTC and/or mortgage loan

servicers ("Servicers") for residential mortgage-backed securitization ("RMBS") trusts, and all prior papers and proceedings had herein. I am familiar with all prior papers and proceedings herein. This Declaration is offered in opposition to "Plaintiffs' Motion for Leave to File Second Amended Complaint," filed March 16, 2018 [Dkt.# 144].

2. Attached hereto as Exhibit "1" is a chart identifying certain other cases in which the plaintiffs were or are represented by Plaintiffs' counsel herein. The plaintiffs in those cases, taken collectively, asserted all the same claims, theories of liability, allegations, and subclasses that Plaintiffs seek to assert in their proposed Second Amended Complaint herein, Dkt.# 144-2 (the "PSAC"). The complaints in those cases asserting those claims, theories of liability, allegations, and subclasses are described below and attached hereto.

3. Attached hereto as Exhibit "2" is a true and correct copy of the "First Amended Complaint" filed in **Field/Sumbillo v. Deutsche Bank Nat'l Trust Co.**, No. 14-bk-90052 (Bankr. D. Haw.).

4. Attached hereto as Exhibit "3" is a true and correct copy of the "Complaint" filed in **Betham v. BAC Home Loans Servicing LP**, No. 14-1-1200 (Haw. 1st Cir.).

5. Attached hereto as Exhibit "4" is a true and correct copy of the "Complaint" filed in **Manchester v. U.S. Bank, N.A.**, No. 14-1-1540-07 (Haw. 1st Cir.).

6. Attached hereto as Exhibit "5" is a true and correct copy of the "Complaint" filed in **Young v. CIT Bank, N.A.**, No. 16-1-0443 (Haw. 2d Cir.).

7. Attached hereto as Exhibit "6" is a true and correct copy of the "First Amended Complaint" filed in **Wright v. Askov, and Deutsche Bank Trust Co. of the Americas, et al.**, No. 16-1-0156 (Haw. 2d Cir.).

8. Attached hereto as Exhibit "7" is a true and correct copy of the "First Amended Complaint" filed in **Delapinia v. Nationstar Mortg. LLC**, No. 16-1-0432 (Haw. 2d Cir.).

9. Attached hereto as Exhibit "8" is a true and correct copy of the "Complaint" filed in **Sigwart v. The Law Office of David B. Rosen**, No. 13-1-2097-07 (Haw 1st Cir.).

10. Attached hereto as Exhibit "9" is a true and correct copy of the "Complaint" filed in **Sigwart v. U.S. Bank Nat'l Ass'n**, No. 13-cv-529 (D. Haw.).

11. Attached hereto as Exhibit "10" is a true and correct copy of the "Complaint" filed in **Aguinaldo v. Deutsche Bank Nat'l Trust Co.**, No. 14-1-0872-04 (Haw. 1st Cir.).

12. Attached hereto as Exhibit "11" is a true and correct copy of the "Complaint" filed in **Shiraishi v. CIT Bank N.A. and Deutsche Bank Nat'l Trust Co.**, No. 17-1-0557-04 (Haw. 1st Cir.).

13. Attached hereto as Exhibit "12" is a true and correct copy of the "Complaint" filed in **Souza v. Deutsche Bank Nat'l Trust Co.**, No. 14-1-1106-05 (Haw. 1st Cir.).

14. Attached hereto as Exhibit "13" is a true and correct copy of the "Complaint" filed in **Duell v. CIT Bank, N.A.**, No. 16-1-349 (Haw. 3d Cir.).

15. Attached hereto as Exhibit "14" is a true and correct copy of the "First Amended Complaint" filed in **Young v. CIT Bank, N.A.**, No. 16-cv-524 (D. Haw.).

16. Attached hereto as Exhibit "15" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Under Power of Sale" concerning the borrowers "Lionel Nahoa Lima Jr and Barbara Ann Delizo-Lima," which was recorded at the State of Hawaii Bureau of Conveyances on May 26, 2009 (the "Lima Affidavit of Foreclosure").

17. It appears from the Lima Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for the Limas' mortgage loan was Chase Home Finance, LLC.

18. It appears from the Lima Affidavit of Foreclosure that Peter T. Stone of Routh Crabtree Olsen, PS, served as foreclosure counsel in connection with the foreclosure upon the Limas' mortgage loan.

19. Attached hereto as Exhibit "16" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Under Power of Sale" concerning the borrower "Calvin Jon Kirby, Husband of Shu-Hua Ho, As Tenant in Severalty," which was recorded at the State of Hawaii Bureau of Conveyances on October 15, 2009 (the "Kirby Affidavit of Foreclosure").

20. It appears from the Kirby Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for Mr. Kirby's mortgage loan was Countrywide Home Loans Servicing LP ("Countrywide").

21. It appears from the Lima Affidavit of Foreclosure that David B. Rosen, Esq. served as foreclosure counsel in connection with the foreclosure upon Mr. Kirby's mortgage loan.

22. Attached hereto as Exhibit "17" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Under Power of Sale" concerning the borrower "Deirdre-Dawn K. Cabison, Wife of Santos Cabison, Jr., As Tenant in Severalty," which was recorded at the State of Hawaii Bureau of Conveyances on February 24, 2011 (the "Cabison Affidavit of Foreclosure"). It appears from the Cabison Affidavit of Foreclosure that Cabison's mortgage loan was held in the

Morgan Stanley ABS Capital I Inc. Trust 2007-HE2 Mortgage Pass-Through Certificates, Series 2007-HE2 trust. It also appears from the Cabison Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for Cabison's mortgage loan was BAC Home Loans Servicing, LP ("Bank of America").

23. Attached hereto as Exhibit "18" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Sale Under Power of Sale" concerning the mortgagor "James Craig Clay, An Unmarried Man, As Tenant in Severalty," which was recorded at the State of Hawaii Bureau of Conveyances on March 15, 2011 (the "Clay Affidavit of Foreclosure"). It appears from the Clay Affidavit of Foreclosure that Clay's mortgage loan was held in the New Century Home Equity Loan Trust 2005-3 trust. It also appears from the Clay Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for Clay's mortgage loan was Carrington Mortgage Services, LLC ("Carrington").

24. Attached hereto as Exhibit "19" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Under Power of Sale" concerning the mortgagors "Scott A Coryea and Katheryn A Coryea," which was recorded at the State of Hawaii Bureau of Conveyances on March 21, 2011 (the "Coryea Affidavit of Foreclosure"). It appears from the Coryea Affidavit of Foreclosure that the Coryeas' mortgage loan was held in the IndyMac Residential Mortgage-Backed Trust, Series 2006-L4 trust. It also appears from the Coryea Affidavit of

Foreclosure that, at or around the time of foreclosure, the Servicer for the Coryeas' mortgage loan was OneWest Bank, FSB ("OneWest").

25. Attached hereto as Exhibit "20" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Under Power of Sale" concerning the mortgagors "RICHARD H. FARNHAM AND NANCY L. FARNHAM," which was recorded at the State of Hawaii Bureau of Conveyances on April 8, 2011 (the "Farnham Affidavit of Foreclosure"). It appears from the Farnham Affidavit of Foreclosure that the Farnhams' mortgage loan was held in the IndyMac INDX Mortgage Trust 2007-AR15, Mortgage Pass-Through Certificates, Series 2007-AR15 trust. It also appears from the Farnham Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for the Farnhams' mortgage loan was OneWest.

26. Attached hereto as Exhibit "21" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Under Power of Sale" concerning the mortgagors "Leneen Baybado and Robert Kron," which was recorded at the State of Hawaii Bureau of Conveyances on June 7, 2010 (the "Kron Affidavit of Foreclosure"). It appears from the Kron Affidavit of Foreclosure that the mortgage loan of Baybado and Kron was held in the "Residential Funding Company, LLC" trust. However, based upon documents and/or information from DBNTC and the Servicer, this mortgage loan was held in the RALI 2007-QS4 Trust. It also appears

from the Kron Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for the mortgage loan of Baybado and Kron was PNC Mortgage.

27. Attached hereto as Exhibit "22" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Sale Under Power of Sale" concerning the mortgagors "TIMOTHY RYAN AND DONNA RYAN, HUSBAND AND WIFE, AS TENANTS BY THE ENTIRETY," which was recorded at the State of Hawaii Bureau of Conveyances on February 3, 2011 (the "Ryan Affidavit of Foreclosure"). It appears from the Ryan Affidavit of Foreclosure that the Ryans' mortgage loan was held in the Harborview Mortgage Loan Trust 2006-SB1 trust. It also appears from the Ryan Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for the Ryans' mortgage loan was GMAC Mortgage, LLC ("GMAC").

28. Attached hereto as Exhibit "23" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Sale Under Power of Sale" concerning the mortgagor "KANIALA SALIS," which was recorded at the State of Hawaii Bureau of Conveyances on March 12, 2010 (the "Salis Affidavit of Foreclosure"). It appears from the Salis Affidavit of Foreclosure that Salis's mortgage loan was held in the IndyMac INDX Mortgage Loan Trust 2006-AR8 trust. It also appears from the Salis Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for Salis's mortgage loan was IndyMac Federal Bank, FSB, and then,

still at or around the time of foreclosure, responsibility for servicing Salis's mortgage loan was transferred to the Servicer OneWest.

29. Attached hereto as Exhibit "24" is a true and correct copy of the "Mortgagee's Affidavit of Foreclosure Under Power of Sale" concerning the borrower "Brian Scott Weatherly," which was recorded at the State of Hawaii Bureau of Conveyances on June 19, 2009 (the "Weatherly Affidavit of Foreclosure"). It appears from the Weatherly Affidavit of Foreclosure that Weatherly's mortgage loan was held in the Harborview Mortgage Loan Trust 2006-5 trust. It also appears from the Weatherly Affidavit of Foreclosure that, at or around the time of foreclosure, the Servicer for Weatherly's mortgage loan was Countrywide.

30. Based upon my review of the publicly-available affidavits of foreclosure, other publicly-available documents, and documents and/or information from DBNTC, the following Servicers, over time and together or separately (and in some instances as a successor to a prior Servicer), served as mortgage loan servicers for the RMBS trusts that held the mortgage loans of the following new proposed named plaintiffs:

  a) **Deirdre-Dawn Cabison** – Bank of America (foreclosing servicer based upon the Cabison Affidavit of Foreclosure), Countrywide, Ocwen, SLS, SPS, and Wells Fargo;

9

    b) **James Clay** – Carrington (foreclosing servicer based upon the Clay Affidavit of Foreclosure) and New Century;

    c) **Scott and Katheryn Coryea** – OneWest (foreclosing servicer based upon the Coryea Affidavit of Foreclosure), Ocwen, and SLS;

    d) **Richard and Nancy Farnham** – OneWest (foreclosing servicer based upon the Farnham Affidavit of Foreclosure) and Ocwen;

    e) **Leneen Kron** – PNC Mortgage (foreclosing servicer based upon the Kron Affidavit of Foreclosure);

    f) **Timothy and Donna Ryan** – GMAC (foreclosing servicer based upon the Ryan Affidavit of Foreclosure) and SPS;

    g) **Kaniala Salis** – OneWest (foreclosing servicer based upon the Salis Affidavit of Foreclosure), Ocwen, and IndyMac; and

    h) **Brian Weatherly** – Countrywide (foreclosing servicer based upon the Weatherly Affidavit of Foreclosure) and Bank of America.

31.    Attached hereto as Exhibit "25" is a true and correct copy of a complaint entitled "DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING

AGREEMENT DATED AS OF NOVEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WM3'S THIRD-PARTY COMPLAINT AGAINST CARLSMITH BALL LLP, KENJI TATSUGI, S. SCOTT BEIZAIE, LANCE F. TANIGUCHI, ALBERT EBRIGHT, KARL K. KOBAYASHI AND DOE DEFENDANTS 1-50," dated November 24, 2010, filed in <u>Pacific Kingland Corp. v. Lee</u>, No. 09-1-0235-01 (Haw. 1st Cir.).  Notably, the third-party complaint is signed by "JOHN FRANCIS PERKIN" of "Perkin & Faria, L.L.L.C." as "Attorneys for Defendant and Third-Party Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF NOVEMBER 1, 2006 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WM3."

I, BERNARD J. GARBUTT III, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York, April 13, 2018.

                                        */s/ BERNARD J. GARBUTT III*
                                        BERNARD J. GARBUTT III