| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>9th Floor<br>Honolulu, HI 96813<br>Telephone No: (808) 528-8200   FAX No: (808) 536-5869 | | |
| Attorney for: Defendant | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII | | |
| Plaintiff: LIMA | | |
| Defendant: DEUTSCHE BANK NATIONAL TRUST CO. | | |

| PROOF OF SERVICE SUBPOENA TO PRODUCE | Hearing Date: Thu, Aug. 16, 2018 | Time: 9:30AM | Dept/Div: | Case Number: 1:12-cv-00509-SOM-RLP |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; ATTACHMENT A; EXHIBIT 1;

3. a. Party served: ONEWEST BANK MORTGAGE SERVICING
   b. Person served: Mary Hakopian, Administrative Assistant and Person authorized to accept service of process

4. Address where the party was served: Legal Department, Onewest Bank
   75 North Fair Oaks Avenue
   Pasadena, CA 91103

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Aug. 06, 2018 (2) at: 2:35PM
   b. I received this subpoena for service on:   Thursday, August 02, 2018

6. *Witness fees were not demanded or paid.*

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John Alvarez, CCPS          d. *The Fee for Service was:*
   b. CLSS Online, Inc.           e. I am: (3) registered California process server
      process@clssonline.com              (i) Owner
      715 N. Central Avenue, Suite 218    (ii) Registration No.:   6631
      Glendale, CA 91203                  (iii) County:            Los Angeles
   c. (800) 899-2577

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Mon, Aug. 06, 2018

                                                                         (John Alvarez, CCPS)

Judicial Council Form                PROOF OF SERVICE                              5288200.75614
Rule 2.150.(a)&(b) Rev January 1, 2007    SUBPOENA TO PRODUCE

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| Lionel Lima, Jr., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:12-cv-00509-SOM-RLP |
| ) | |
| Deutsche Bank National Trust Co., et al. ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ONEWEST BANK MORTGAGE SERVICING c/o Legal Department, OneWest Bank
75 North Fair Oaks Avenue, Pasadena, CA 91103

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents relating to Salis Note/Loan/Mortgage, among other things, as more specifically described in Attachment A and Exhibit 1.

| Place: Barrister Executive Suites, Suite 300<br>225 South Lake Avenue<br>Pasadena, CA 91101 | Date and Time:<br><br>08/16/2018 9:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/31/2018

*CLERK OF COURT*
                                 OR

                                                    Andrew V. Beaman
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Deutsche Bank National Trust Co. , who issues or requests this subpoena, are:

Andrew V. Beaman, 999 Bishop Street, Suite 2100, Honolulu, HI 96813, abeaman@chunkerr.com, 808-528-8200

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).