MEGAN A. SUEHIRO #9582-0
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, California 90071
Telephone: (213) 612-2500
E-mail: megan.suehiro@morganlewis.com

Attorneys for Defendant
Deutsche Bank National Trust Company, as trustee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIONEL LIMA, JR., et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NAT'L TRUST CO., et al.,<br><br>  Defendants. | No. 1:12-cv-00509-SOM-RLP<br><br>**DECLARATION OF MEGAN A. SUEHIRO IN SUPPORT OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S MOTION TO STRIKE AND EXCLUDE THE CASSIDAY LETTER** |

## DECLARATION OF MEGAN A. SUEHIRO

I, MEGAN A. SUEHIRO, do hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, counsel for defendant Deutsche Bank National Trust Company, as trustee (the "Trustee"). I am an attorney admitted to practice in the State and Federal Courts of Hawai'i. I make this declaration based upon my own knowledge, publicly-available documents, and all prior papers and proceedings had herein. I

am familiar with all prior papers and proceedings herein.  This declaration is offered in support of the Trustee's "Motion to Strike and Exclude the Cassiday Letter," dated February 15, 2019.

2. Attached hereto as Exhibit "1" is a is a true and correct copy of an April 14, 2018 letter from Paul R. Cassiday Jr. to Mr. Bickerton (without exhibits), which Plaintiffs served upon the Trustee on April 20, 2018, and which Plaintiffs filed herein at Dkt.#190-44.

3. Attached hereto as Exhibit "2" is a is a true and correct copy of the "Second Stipulation and Scheduling Order," dated December 27, 2018, filed herein at Dkt.#229.

4. Attached hereto as Exhibit "3" is a true and correct copy of the highlighted transcript of the deposition of Mr. Cassiday, sworn to August 15, 2018.

5. Attached hereto as Exhibit "4" is a true and correct copy of a document obtained from the Hawaii Department of Commerce & Consumer Affairs, Professional & Vocational Licensing Search page on February 15, 2019.

6. Attached hereto as Exhibit "5" is a true and correct copy of the "Expert Report of Steven D. Chee, MAI," dated June 8, 2018, which the Trustee served upon Plaintiffs on June 8, 2018.

7.  Attached hereto as Exhibit "6" is a true and correct copy of the "Expert Report of Bruce Strombom," dated June 8, 2018, which the Trustee severed upon Plaintiffs on June 8, 2018.

I, MEGAN A. SUEHIRO, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 15, 2019.

_____
MEGAN A. SUEHIRO