**BICKERTON LAW GROUP LLLP**
JAMES J. BICKERTON 3085
BRIDGET G. MORGAN-BICKERTON 8705
745 Fort Street, Suite 801
Honolulu, Hawaii 96813
Tel. (808) 599-3811
bickerton@bsds.com; morgan@bsds.com

PERKIN & FARIA
JOHN F. PERKIN 1673
700 Bishop Street, Suite 1111
Honolulu, Hawaii 96813
Tel. (808) 523-2300

AFFINITY LAW GROUP
VAN-ALAN H. SHIMA 8176
1188 Bishop Street, Suite 3408
Honolulu, Hawaii 96813
Tel. (808) 545-4600

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIONEL LIMA, JR., and BARBARA-ANN DELIZO-LIMA; and CALVIN JON KIRBY II individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION; DAVID B. ROSEN, and Doe DEFENDANTS 1-50, | Civil No. 12-00509 SOM-RLP (Class Action)<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, FOR APPROVAL OF CLASS NOTICE AND DISSEMINATION PLAN; DECLARATION OF JAMES J. BICKERTON; DECLARATION OF LIONEL LIMA, JR.; DECLARATION OF BARBARA-ANN DELIZO-LIMA, DECLARATION OF CALVIN JON KIRBY II; DECLARATION OF LENEEN KRON, fka LENEEN** |

|  |  |
|---|---|
| Defendants. | BAYBADO; DECLARATION OF DEIRDRE-DAWN K. CABISON; DECLARATION OF JAMES C. CLAY; DECLARATION OF SCOTT A. CORYEA; DECLARATION OF KATHERYN CORYEA; DECLARATION OF RICHARD H. FARNHAM; DECLARATION OF NANCY L. FARNHAM; DECLARATION OF TIMOTHY RYAN; DECLARATION OF DONNA RYAN; DECLARATION OF KANIALA SALIS; DECLARATION OF BRIAN S. WEATHERLY; EXHIBITS "1" – "29"; CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5; CERTIFICATE OF SERVICE |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, FOR APPROVAL OF CLASS NOTICE AND DISSEMINATION PLAN

Plaintiffs LIONEL LIMA, JR., BARBARA-ANN DELIZO-LIMA, CALVIN JON KIRBY II, LENEEN KRON, fka LENEEN BAYBADO, DEIRDRE-DAWN K. CABISON, JAMES C. CLAY, SCOTT A. CORYEA, KATHERYN CORYEA, RICHARD H. FARNHAM, NANCY L. FARNHAM, TIMOTHY RYAN, DONNA RYAN, KANIALA SALIS, and BRIAN S. WEATHERLY, individually and on behalf of those similarly situated ("Plaintiffs"), by and through their attorneys, respectfully move this Court for an order granting class certification to the following Class:

2

All consumers within the meaning of H.R.S. Chapter 480 who owned real property in Hawaii (and all persons holding the claims of such consumers by assignment or operation of law) and who were subjected to a notice of foreclosure sale under H.R.S. § 667-5 by or on behalf of DEUTSCHE BANK claiming the rights of a mortgagee with a power of sale wherein the notice of sale was published on or after June 4, 2008, and with respect to said notice of sale DEUTSCHE BANK:

(a) advertised the sale as being the sale of a quitclaim deed or equivalent; and

(b) sold the property at a non-judicial auction sale.[1]

The Proposed Class further includes a Subclass ("**Subclass A**") consisting of:

all members of the Class whose non-judicial auction sale was not held on both the date and location specified in the original published notice (i.e., either or both the date and/or location were changed), without one or more of the following conditions being satisfied (a) publication of the notice of the changed date or location in three successive weeks; (b) publication of a notice stating the new date and time for the sale at least 29 days after the first publication of such notice.

The Proposed Class further includes a Subclass "B" ("**Subclass B**") consisting of:

---

[1] Plaintiffs' counsel expects to consummate a class settlement over the next few weeks that will resolve the claims of a number of owners of properties that fall within the definition of the Class that Plaintiffs seek to certify here. Those properties comprise approximately 16% of the properties owned by the putative Class members in this case. It is Plaintiffs' intent that any class certified in this case will exclude the owners of the referenced 16% of the properties that fall within the class definition here.

All members of the Class whose Notice of Sale was published or posted for less time before the proposed auction date than required for such publishing or posting by HRS Chapter 667, Part I.

The Proposed Class further includes a Subclass "C" ("**Subclass C**") consisting of:

All members of the Class whose Notice of Sale contained no "description" of the property within the meaning of HRS Section 667-7(a)(1) or only a "metes and bounds" description of the land.

The Proposed Class further includes a Subclass "D" ("**Subclass D**") consisting of:

All members of the Class who received a notice of acceleration that did not inform them of their unconditional right to bring a separate court action to stop the sale.

If the motion to certify the Class is granted, Plaintiffs propose to mail the members of the Class by First Class U.S. mail a notice in the form attached as Exhibit "27".

This Motion is made pursuant to Fed. R. Civ. P. Rules 7 and 23 and is based upon the Memorandum, Declarations, and Exhibits hereto and the record and file herein.

DATED: Honolulu, Hawaii, February 15, 2019.

/s/ *James J. Bickerton*
JAMES J. BICKERTON
BRIDGET G. MORGAN-BICKERTON
JOHN F. PERKIN
VAN-ALAN SHIMA

                        Attorneys for Plaintiffs, individually and
                        on behalf of all others similarly situated