MORGAN, LEWIS & BOCKIUS LLP
BERNARD J. GARBUTT III, admitted *pro hac vice*
GRANT R. MACQUEEN, admitted *pro hac vice*
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6084
E-mail: bernard.garbutt@morganlewis.com

BRIAN M. JAZAERI, admitted *pro hac vice*
MEGAN A. SUEHIRO #9582-0
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, California 90071
Telephone: (213) 612-2500
E-mail: megan.suehiro@morganlewis.com

CHUN KERR LLP
ANDREW V. BEAMAN #2914-0
First Hawaiian Center
999 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 528-8200
E-mail: abeaman@chunkerr.com

Attorneys for Defendant
Deutsche Bank National Trust Company, as trustee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIONEL LIMA, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NAT'L TRUST CO., et al.,<br><br>Defendants. | NO. 1:12-cv-00509-SOM-RLP<br><br>**CONCISE STATEMENT OF FACTS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT BY DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE; CERTIFICATE OF COMPLIANCE** |

# CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

Pursuant to Local Rule 56.1, defendant Deutsche Bank National Trust Company ("DBNTC"), as trustee (the "Trustee"), hereby submits the following concise statement of material facts:[1]

| No. | Undisputed Material Facts | Source(s) |
|---|---|---|
| 1. | Plaintiffs allege that each Plaintiff owned property (each a "Property") that is at issue herein and that each Plaintiff gave a mortgage on their respective property as security for a loan (each a "Mortgage"), and that the Mortgages and the notes (each a "Note") reflecting this indebtedness and security were executed by Plaintiffs in each case. | SAC,¶¶37-47<br><br>BeamanExs.1-9 |
| 2. | Clay, the Coryeas, the Farnhams, and the Ryans either admitted that they did not purchase the properties in order to reside therein and/or never resided therein (and the Ryans never resided in Hawaii). | Suehiro-Decl.,¶116, Exs.11,13,15-16,25-26,31 |
| 3. | Clay, Kirby, the Farnhams, the Ryans, and Weatherly purchased and sold, owned, or held an interest in numerous properties across the Country and in Hawaii, in addition to the properties at issue. | Beaman-Decl.,¶¶23-28,30-32,34-45,52-53,55-59,Exs.20-32,35-37,41-65,87-91,95-102<br><br>Suehiro-Decl.,¶118, Exs.50-60 |

---

[1] Unless otherwise stated, defined terms herein shall have the meanings assigned in the accompanying memorandum of law.

Plaintiffs' allegations in the SAC (Dkt.#182) and the FAC (Dkt.#1-2), and Plaintiffs' prior judicial admissions and admissions against interest (including the documents Plaintiffs have proffered in support of their claims), are dispositive of the facts set forth therein <u>as against Plaintiffs only</u>. None of these admissions or documents constitute admissible evidence <u>as against the Trustee</u>.

| No. | Undisputed Material Facts | Source(s) |
|---|---|---|
| 4. | Plaintiffs entered into and executed the Mortgages and the Notes with their "original lenders." | SAC,¶¶37-49<br><br>BeamanExs.1-9 |
| 5. | Plaintiffs' "original lenders" were entities other than DBNTC or the Trustee. | BeamanExs.1-9 |
| 6. | Plaintiffs' Mortgages were standard form mortgages that contained identical "power of sale" provisions. | SAC,¶¶18.c,48,50,72 |
| 7. | As to each Plaintiff's Mortgage and Note, neither DBNTC nor the Trustee was either the lender or the mortgagee at the time Plaintiffs executed the Mortgages and the Notes, and thus neither DBNTC nor the Trustee took part in the drafting of the Mortgages or Notes. | SAC,¶¶18.c,37-50,72<br><br>BeamanExs.1-9 |
| 8. | The Trustee owned and held the Mortgages and Notes of Plaintiffs, as RMBS trustee (separately for each residential mortgage-backed securitization ("RMBS") trust), for the benefit of the certificateholders of the nine different RMBS trusts. | Reyes-Aff.¶¶5-86, & ReyesExs.1-31 |
| 9. | Each Plaintiff alleges that a non-judicial foreclosure was conducted upon each Plaintiff's Mortgage and Property. | SAC,¶52 |
| 10. | Each Plaintiff defaulted on their Mortgage and Note, either by failing to make payments thereon as they became due or otherwise. | Suehiro-Decl.,¶114, Ex.11 |
| 11. | All Plaintiffs admitted they defaulted on their loans. | Suehiro-Decl.,¶114, Ex.11 |
| 12. | Moreover, all Plaintiffs (except Kirby) also essentially admitted that the mortgagees had the right to foreclose because Plaintiffs defaulted. | Suehiro-Decl.,¶115, Exs.29,31,35-36,39,43,45,48-49 |

| No. | Undisputed Material Facts | Source(s) |
|---|---|---|
| 13. | Each Plaintiff lost title to their Property as a result of a non-judicial foreclosure on their Mortgage and Property after each Plaintiff defaulted on their Mortgage and Note. | Suehiro-Decl.,¶114, Ex.11 |
| 14. | The non-judicial foreclosures upon each Plaintiff's Mortgage and Property were conducted by mortgage loan servicers who are not parties in this case. | ReyesExs. 1,4,7,10,13,16,19-20,23,26,29<br><br>Hillcoat-Rep, generally & ¶¶25,37, 40,56-59,&62-78<br><br>Ross-Rep generally & ¶¶22,32,34,&51-85 |
| 15. | The law firms that handled the non-judicial foreclosures upon each Plaintiff's Mortgage and Property were retained by the mortgage loan servicers that conducted the non-judicial foreclosures. | Reyes-Aff., ¶¶13,21,29,36, 44,52,62,70,78,86<br><br>Hillcoat-Rep, generally & ¶¶25,37, 40,56-59,&62-78<br><br>Ross-Rep generally & ¶¶22,32,34,&51-85 |
| 16. | Neither DBNTC (as RMBS trustee or otherwise), nor the Trustee, had, or exercised, any control over the non-judicial foreclosures upon each Plaintiff's Mortgage and Property. | Reyes-Aff., ¶¶13,21,29,36, 44,52,62,70,78,86<br><br>Hillcoat-Rep, generally & ¶¶25,37, 40,56-59,&62-78<br><br>Ross-Rep generally & ¶¶22,32,34,&51-85 |

| No. | Undisputed Material Facts | Source(s) |
|-----|---------------------------|-----------|
| 17. | Neither DBNTC (as RMBS trustee or otherwise), nor the Trustee, had, or exercised, any control over the mortgage loan servicers (or the law firms that those servicers retained), that conducted the non-judicial foreclosures upon each Plaintiff's Mortgage and Property. | Reyes-Aff., ¶¶13,21,29,36, 44,52,62,70,78,86<br><br>Hillcoat-Rep, generally & ¶¶25,37, 40,56-59,&62-78<br><br>Ross-Rep generally & ¶¶22,32,34,&51-85 |
| 18. | As to each Plaintiff, each Plaintiff's Mortgage, and each Plaintiff's Property, DBNTC (as RMBS trustee or otherwise) did not participate in, or take any action with respect to, the foreclosure process, nor did DBNTC (as RMBS trustee or otherwise) retain any law firm that did participate, or take any action with respect to, the foreclosure process. | Reyes-Aff., ¶¶13,21,29,36, 44,52,62,70,78,86 |
| 19. | Plaintiffs have admitted that the Servicers and their attorneys were responsible for the alleged acts and omissions. | Suehiro-Decl.,¶101, Exs.12-17,19-20,23,25-28 |
| 20. | All Plaintiffs testified that they had no contact with DBNTC or do not recall any such contact. | Suehiro-Decl.,¶102, Exs.11,29,31,34, 39,46,48 |
| 21. | Each Plaintiff has failed to offer any proof or evidence of any damages caused by the acts and omissions alleged in the SAC. | |
| 22. | Neither the named Plaintiffs, nor any member of the class, have suffered any damages caused by the acts and omissions alleged in the SAC under Plaintiffs' "lost rental value" damages theory. SAC,¶¶68,71,81,95. | Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |

5

| No. | Undisputed Material Facts | Source(s) |
|---|---|---|
| 23. | The Lima Plaintiffs have no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,2<br><br>Strombom-Rep generally & ¶¶44,68-71<br><br>Strombom-Decl<br><br>Chee-Rep |
| 24. | Plaintiff Kirby has no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,3<br><br>Strombom-Rep generally & ¶¶44,68-71<br><br>Strombom-Decl<br><br>Chee-Rep |
| 25. | Plaintiff Cabison has no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,4<br><br>Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |
| 26. | Plaintiff Clay has no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,5<br><br>Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |
| 27. | The Coryea Plaintiffs have no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,6<br><br>Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |

| No. | Undisputed Material Facts | Source(s) |
|---|---|---|
| 28. | The Farnham Plaintiffs have no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,7<br><br>Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |
| 29. | The Ryan Plaintiffs have no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,8,83<br><br>Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |
| 30. | Plaintiff Salis has no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,9<br><br>Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |
| 31. | Plaintiff Weatherly has no damages caused by the acts and omissions alleged in the SAC. | SuehiroExs.1,10<br><br>Strombom-Rep<br><br>Strombom-Decl<br><br>Chee-Rep |
| 32. | At the times of the foreclosures, all Plaintiffs still had an outstanding indebtedness that was either above or only slightly below their original principal loan amounts. | Suehiro-Decl.,¶107, Exs.33,36-37,39,48-49,70-78,90-92 |
| 33. | Most of the Plaintiffs testified that they had no idea what the market values of their properties were at the times of the foreclosures, and several conceded that they are not experts in real estate valuation. | Suehiro-Decl.,¶¶105-106, Exs.29,31,35, 37,39,42,44,48 |

| No. | Undisputed Material Facts | Source(s) |
|---|---|---|
| 34. | Cabison, the Limas, and the Farnhams admitted that they have no understanding of the rental value of their properties. | Suehiro-Decl.,¶108, Exs.29,39,42 |
| 35. | As to Plaintiffs' costs of ownership—including PITI and maintenance payments—evidence demonstrates that they were substantial. | Suehiro-Decl.,¶109, Exs.12-13,15-16,20, 24-25,27-28,31,37-39,46-47 |
| 36. | Clay and the Farnhams actually lost money by renting their properties. | Suehiro-Decl.,¶110, Exs.31-32,37-38 |
| 37. | All Plaintiffs other than the Farnhams have not offered any concrete facts supporting their Invested Monies Theory. | |
| 38. | Clay, the Coryeas, Kirby, and Salis do not even recall making any improvements to their properties. | Suehiro-Decl.,¶111, Exs.13,20,27,29,35 |
| 39. | All Plaintiffs testified that they did not even know how many people showed up at their auction and/or did not even know how many people bid at their auction. | Suehiro-Decl.,¶113, Exs.11,29,35-36,40-41,43,45-46,49 |
| 40. | All Plaintiffs failed to provide any dollar amount that their property would have sold for in response to interrogatories asking Plaintiffs to identify, separately, the amounts their properties would have sold for at foreclosure: (1) if the date and time of the auction was set forth in a published notice; and (2) if the property was advertised for sale by limited warranty deed instead of "quitclaim" deed. | Suehiro-Decl.,¶112, Exs.12-13,15-16,18,20-21,24-25,27-28 |
| 41. | Cabison, the Coryeas, and the Limas testified that they are not aware whether any of the alleged acts or omissions were deceptive. | Suehiro-Decl.,¶119, Exs.29,34-35 |
| 42. | Cabison and Coryea testified that they did not think the descriptions of their properties were inadequate or lacked any important information. | Suehiro-Decl.,¶120, Exs.29,35 |

| No. | Undisputed Material Facts | Source(s) |
|---|---|---|
| 43. | Cabison testified that a prospective bidder visited her property, took pictures, and showed Cabison the foreclosure notice from the newspaper. | Suehiro-Decl.,¶121, Exs.12,29 |
| 44. | Clay's property was registered in Land Court and Clay did not challenge the foreclosure upon the Clay Mortgage and Property before the sale and transfer of title to the Clay Property. | BeamanExs.10-15<br><br>SAC,¶63 |
| 45. | Kirby's property was registered in Land Court and Kirby did not challenge the foreclosure upon the Kirby Mortgage and Property before the sale and transfer of title to the Kirby Property. | BeamanEx.16<br><br>SAC,¶63 |
| 46. | Weatherly's property was registered in Land Court and Weatherly did not challenge the foreclosure upon the Weatherly Mortgage and Property before the sale and transfer of title to the Weatherly Property. | BeamanEx.17<br><br>SAC,¶63 |
| 47. | All Plaintiffs have admitted that they never provided notice to the mortgagee of a claim arising from the mortgage, and that, had they provided such notices, the Trustee could have taken corrective action. | Suehiro-Decl.,¶120, Exs.12-13,15-16,20, 24-25,27,29,31,37,39, 42-43,46,48-49 |

DATED: February 15, 2019.

*/s/ Bernard J. Garbutt III*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LIONEL LIMA, JR., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NAT'L TRUST CO., et al.,<br><br>    Defendants. | NO. 1:12-cv-00509-SOM-RLP<br><br>**CERTIFICATE OF <u>COMPLIANCE WITH L.R. 7.5(e)</u>** |

**<u>CERTIFICATE OF COMPLIANCE WITH L.R. 7.5(e)</u>**

The undersigned hereby certifies pursuant to Local Rule 7.5(e) that the foregoing document complies with the applicable word limitation.  The document is printed in 14-point Times New Roman type and contains 1,490 words as calculated by the word-processing system used to produce the document, exclusive of the case caption, the Certificate of Compliance with L.R. 7.5(e), and the Certificate of Service.

    DATED:  February 15, 2019.

                              */s/ Bernard J. Garbutt III*
                              BERNARD J. GARBUTT III