MORGAN, LEWIS & BOCKIUS LLP
BERNARD J. GARBUTT III, admitted pro hac vice
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6084
E-mail: bernard.garbutt@morganlewis.com

BRIAN M. JAZAERI, admitted pro hac vice
MEGAN A. SUEHIRO #9582-0
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
E-mail: megan.suehiro@morganlewis.com

CHUN KERR LLP
ANDREW V. BEAMAN #2914-0
First Hawaiian Center
999 Bishop Street, Suite 2100
Honolulu, Hawai'i 96813
Telephone: (808) 528-8200
E-mail: abeaman@chunkerr.com

Attorneys for Defendant
Deutsche Bank National Trust Company, as trustee

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIONEL LIMA, JR., et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>        Defendants. | CASE NO. 1:12-CV-00509-SOM-RLP<br><br>DECLARATION OF ANDREW V. BEAMAN IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FILED FEBRUARY 15, 2019; EXHIBITS 1-102 |

{00364764.3}

DECLARATION OF ANDREW V. BEAMAN IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FILED  FEBRUARY 15, 2019

I am ANDREW V. BEAMAN.  I make this declaration upon personal knowledge, in support of the Motion for Summary Judgment of Defendant Deutsche Bank National Trust Company, as Trustee filed on this date.

1.      I am licensed to practice law in the State of Hawaii; I am a partner in the law firm of CHUN KERR, LLP, a Limited Liability Law Partnership, attorneys for Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, solely in its capacity as trustee, herein.

2.      In Plaintiffs' Second Amended Complaint, dated June 20, 2018 [Dkt #182] (the "SAC"), Plaintiffs allege that each Plaintiff is and was the lawful owner of real property in Hawaii.  SAC,¶¶37-46.  Plaintiffs identify those properties by address.  Id.  Plaintiffs further allege that each Plaintiff gave a mortgage on "their respective Property as security for a loan."  Id.,¶47.

3.      This office collected information about those properties using the real property records of the Bureau of Conveyances, State of Hawaii ("BOC") and the Assistant Registrar of the Land Court, State of Hawaii ("Land Court"), through the LandShark online document retrieval system (at *https://boc.ehawaii.gov/LandShark/login.jsp*) to which our firm subscribes

("LandShark"), and via the DLNR Online Document Search and Ordering System index database and document ordering system (at *https://boc.ehawaii.gov/docsearch/search.html*) of the Department of Land and Natural Resources, State of Hawaii ("DLNR").

4.      This office also collected information about Transfer Certificates of Title ("TCTs") for Plaintiffs' properties that are registered in Land Court through Land Shark, and subsequently obtain certified copies of the TCTs from the records clerk at Land Court's public records room.

5.      This office also collected public information about properties owned by Plaintiff using the county online property records searches, including that of the City and County of Honolulu, Department of Budget and Fiscal Services, Real Property Assessment Division (at *http://qpublic9.qpublic.net/hi_honolulu_search.php*) ("Honolulu RPAD"), that of the County of Hawaii, Real Property Tax Office (at *http://qpublic9.qpublic.net/hi_hawaii_search.php*) ("Hawaii RPTO"), and that of the County of Kauai, Department of Finance, Real Property Assessment Division (at *http://qpublic9.qpublic.net/ga_search_dw.php?county=hi_kauai*) ("Kauai RPAD").

6.      In addition, this office consulted the public records of the State of Hawaii, Department of Commerce and Consumer Affairs, Business Registration

Division ("DCCA") through the DCCA's online business information search and

retrieval system (at *https://hbe.ehawaii.gov/documents/search.html*) regarding the

entities through which some Plaintiffs held title to their properties.

7.     Plaintiffs' mortgages on the subject properties were obtained

from LandShark by this office and are attached hereto.

8.     Attached hereto as ***Exhibit 1*** and made a part hereof is a true

copy, obtained from LandShark, of the Mortgage by Plaintiff DEIRDRE-DAWN

K. CABISON ("Cabison") in favor of MERS as nominee for New Century

Mortgage Corporation dated October 19, 2006 and recorded at the BOC on

October 27, 2006, at Doc. No. 2006-196229.

9.     Attached hereto as ***Exhibit 2*** and made a part hereof is a true

copy, obtained from LandShark, of the Mortgage by Plaintiff JAMES C. CLAY

("Clay") in favor of New Century Mortgage Corporation dated May 10, 2005 and

recorded in the Land Court on May 17, 2005 at Doc. No. 3268988 and noted on

TCT 233,934.

10.     Attached hereto as ***Exhibit 3*** and made a part hereof is a true

copy, obtained from LandShark, of the Mortgage by Plaintiffs SCOTT A.

CORYEA and KATHERYN A. CORYEA ("Coryeas") in favor of MERS as

nominee for IndyMac Bank, F.S.B. dated December 21, 2006 and recorded at the

BOC on January 2, 2007 at Doc. No. 2007-000216.

{00364764.3}                                4

11.     Attached hereto as ***Exhibit 4*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgage by Plaintiffs RICHARD H. FARNHAM and NANCY L. FARNHAM ("Farnhams) in favor of IndyMac Bank, F.S.B. dated October 28, 2005 and recorded at the BOC on November 8, 2005, at Doc. No. 2005-227525.

12.     Attached hereto as ***Exhibit 5*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgage by Plaintiff CALVIN JON KIRBY ("Kirby") in favor of Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for New Century Mortgage Corporation dated September 7, 2006 and recorded in the Land Court on September 21, 2006, at Doc. No. 3485444 and noted on TCT 648,935.

13.     Attached hereto as ***Exhibit 6*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgage by Plaintiffs LIONEL LIMA, JR. and BARBARA ANN DELIZO-LIMA ("Limas") in favor of New Century Mortgage Corporation dated October 25, 2005 and recorded in the BOC on October 31, 2005, at Doc. No. 2005-221168.

14.     Attached hereto as ***Exhibit 7*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgage by Plaintiffs TIMOTHY RYAN and DONNA RYAN ("Ryans") in favor of MERS as nominee for SBMC

Mortgage dated June 20, 2006 and recorded at the BOC on July 3, 2006, at Doc. No. 2006-122054.

15.     Attached hereto as ***Exhibit 8*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgage by Plaintiff KANIALA SALIS ("Salis") in favor of MERS as nominee for Instant Capital Funding Group, Inc. dated February 1, 2006 and recorded at the BOC on February 24, 2006 at Doc. No. 2006-036551.

16.     Attached hereto as ***Exhibit 9*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgage by Plaintiff BRIAN S. WEATHERLY ("Weatherly") in favor of MERS as nominee for Countrywide Home Loans, Inc. dated April 25, 2006 and recorded in the Land Court on May 1, 2006, at Doc. No. 3422287 and noted on TCT 684,387.

17.     Certified copies of the TCTs relating to the subject properties were obtained by this office from the records clerk at Land Court's public records room and are attached below.

18.     Attached hereto as ***Exhibit 10*** and made a part hereof is a certified copy, obtained from Land Court, of the following TCT relating to the Clay Property (as defined at ¶41 of the SAC): Certificate No: 233934, regarding Condominium Map 376, Kona Islander Inn, showing the registered owner of the underlying land as Ichthus Land Company on the first page, and showing the

transactions relating to the leasehold interest in Unit 233 at pages 41-42, including the following:

(a) the Assignment of Condominium Conveyance Document to Clay (Doc. No. 2955588 recorded in the Land Court on July 11, 2003, a true copy of which is attached hereto as *Exhibit 11*), shown on the TCT as "T-2955588 A/L James Craig Clay";

(b) the Mortgage by Clay in favor of New Century Mortgage Corporation (Doc. No. 3268988 recorded in the Land Court on May 17, 2005, *Ex.2* attached hereto), shown on the TCT as "T-3268988 MTG New Century Mortgage Corporation";

(c) the Assignment of Mortgage from New Century Mortgage Corporation to Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 (Doc. No. 3916670 recorded in the Land Court on November 18, 2009, a true copy of which is attached hereto as *Exhibit 12*), shown on the TCT as "T-3916670 A/M Deutsche Bank National Trust Company, TR for New Century Home Equity Loan Trust 2005-3, Mtg 3268988";

(d) the Mortgagee's Affidavit of Foreclosure Sale Under Power of Sale (Doc. No. 4056665 recorded in the Land Court on March 15, 2011, a true copy of which is attached hereto as *Exhibit 13*), shown on the TCT as "T-4056665

{00364764.3}

7

FORECLOSURE  Mtg 3268988 & Deutsche Bank National Trust Company, TR for New Century Home Equity Loan Trust 2005-3, highest bidder or its designee";

(e) the Mortgagee's Grant Deed Pursuant to Power of Sale from Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 to Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 (Doc. No. 4081868 recorded in the Land Court on June 24, 2011, a true copy of which is attached hereto as *Exhibit 14*), shown on the TCT as "T-4081868  A/L Deutsche Bank National Trust Company, TR for New Century Home Equity Loan Trust 2005-3"; and

(f) the Limited Warranty Assignment of Condominium Conveyance Document from Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 to Sutherland Communications, Inc. (Doc. No. T-8156157 recorded in the Land Court on May 1, 2012, a true copy of which is attached hereto as *Exhibit 15*), shown on the TCT as "T-8156157  A/L  Sutherland Communications, Inc."

19.     Attached hereto as *Exhibit 16* and made a part hereof are certified copies, obtained from Land Court, of the following TCTs relating to the Kirby Property (as defined at ¶37 of the SAC):  cancelled Certificate No: 648935 issued June 12, 2003, showing Kirby as the registered owner at the date of

{00364764.3}                                        8

issuance; cancelled Certificate No: 969960 issued January 11, 2010, showing Deutsche Bank National Trust Company, on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 as the registered owner at the date of issuance; and cancelled Certificate No: 978113 issued April 9, 2010, showing Shaun Michael Balbirona and Catherine Aquino Balbirona as the registered owners at the date of issuance. The "NEW CT 1062141" referenced on Certificate No: 978113 is not available from Land Court.

20. Attached hereto as *Exhibit 17* and made a part hereof are certified copies, obtained from Land Court, of the following TCTs relating to the Weatherly Property (as defined at ¶46 of the SAC): cancelled Certificate No: 684387 issued February 12, 2004, showing Weatherly as the registered owner at the date of issuance; cancelled Certificate No: 946367 issued May 20, 2009, showing the Association of Apartment Owners of Ala Wai Terrace as the registered owner at the date of issuance; cancelled Certificate No: 961728 issued October 20, 2009, showing Deutsche Bank National Trust Company Trustee on behalf of the Harborview Mortgage Loan Trust 2006-5 as the registered owner at the date of issuance; and cancelled Certificate No: 963334 issued November 4, 2009, showing Guy Tordjman and Kimberly Mei-Lian Aiona Tordjman as the registered owners at the date of issuance. The "NEW CT 1073907" referenced on Certificate No: 963334 is not available from Land Court.

21.     This office obtained copies of deeds relating to the subject properties as well as Plaintiffs' ownership of other properties in Hawaii.

22.     Attached hereto as *Exhibit 18* and made a part hereof is a true copy, obtained from LandShark, of the Assignment of Condominium Conveyance Document by Raymond Alan Schmidt in favor of Clay dated June 28, 2003, recorded in the Land Court on July 11, 2003 at Doc. No. 2955588 and noted on TCT 233,934, reflecting Clay's purchase of the leasehold interest in Apartment No. 233 in the Kona Islander Inn condominium project.  This is the "Clay Property" designated by TMK No. (3) 7-5-008-003-0081 and located at 75-5776 Kuakini Highway, Unit 233, Kailua-Kona, Hawaii described at paragraph 41 of the SAC [Dkt #182].  Attached hereto as *Exhibit 19* and made a part hereof is a true copy, obtained from LandShark, of the Mortgagee's Grant Deed Pursuant to Power of Sale by Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 in favor of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 dated June 3, 2011 and recorded in the Land Court on June 24, 2011 at Doc No. 4081868 and noted on TCT 233,934, reflecting the foreclosure sale of the Clay Property.

23.     The public real property records found in LandShark and DLNR show that, during the time Clay owned the Clay Property, Clay also owned

several other Hawaii properties, as described below, in addition to the Clay

Property.

24.    Attached hereto as ***Exhibit 20*** and made a part hereof is a true

copy, obtained from LandShark, of the Warranty Deed by Kohala Joint Venture in

favor of Clay dated March 12, 2001 and recorded in the Land Court on March 22,

2001 at Doc. No. 2691614 and noted on TCT 564,990, reflecting the purchase of a

vacant lot at North Kohala, Hawaii described as Lot 716, Kohala Ranch,

designated by TMK No. (3) 5-9-015-099.  Attached hereto as ***Exhibit 21*** and made

a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by

Clay in favor of Clay (one-half interest) and James Hillsey Dodson, IV and

Barbara June Dodson ("Dodsons") (one-half interest) dated February 26, 2001,

recorded in the Land Court on March 30, 2001 at Doc. No. 2693947 and noted on

TCT 577,292, reflecting the transfer of a partial interest in the property from Clay

to Dodsons.  Attached hereto as ***Exhibit 22*** and made a part hereof is a true copy,

obtained from LandShark, of the Warranty Deed by Dodsons and Clay in favor of

Dodsons dated September 4, 2002, recorded in the Land Court on December 13,

2002 at Doc. No. 2870858 and noted on TCT 631,198, reflecting the transfer of

Clay's interest in this property to Dodsons.  Attached hereto as ***Exhibit 23*** and

made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed

by Dodsons in favor of Dodsons (50% interest) and Clay (50% interest) dated

November 14, 2003 and recorded in the Land Court on December 19, 2003 at Doc. No. 3044544 and noted on TCT 631,198, reflecting the transfer of the property from Dodsons back to Dodsons and Clay.  Attached hereto as ***Exhibit 24*** and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Dodsons and Clay in favor of John Warta and Georgiana Lou Warta dated November 15, 2004 and recorded in the Land Court on November 18, 2004 at Doc. No. 3194727 and noted on TCT 677,993, reflecting the sale of the property by Dodsons and Clay.

      25.     Attached hereto as ***Exhibit 25*** and made a part hereof is a true copy, obtained from LandShark, of the Commissioner's Limited Warranty Deed by Sally Kimura, Esq., Commissioner, in favor of Clay dated December 27, 2002, recorded in the Land Court on January 3, 2003 at Doc. No. 2878234 and noted on TCT 406,422, reflecting Clay's purchase in foreclosure of a vacant lot at North Kohala, Hawaii described as Lot 112, Kohala Ranch, designated by TMK (3) 5-9-010-005.  Attached hereto as ***Exhibit 26*** and made a part hereof is a true copy, obtained from LandShark, of the Exchange Warranty Deed by Clay in favor of William G. Howard and Jill A. Howard dated February 25, 2004, recorded in the Land Court on March 12, 2004 at Doc. No. 3081995 and noted on TCT 633,298, reflecting the sale of this property by Clay.

26.   Attached hereto as *Exhibit 27* and made a part hereof is a true copy, obtained from LandShark, of the Assignment of Condominium Conveyance Document by Dennis James Powers and Sandra Marie Schafer Powers in favor of Clay recorded in the Land Court on March 31, 2004 at Doc. No. 3095072 and noted on TCT 233,934, reflecting the purchase by Clay of the leasehold interest in Apartment No. 133 in the Kona Islander Inn condominium project, designated by TMK No. (3) 7-5-008-003-0077 and located at 75-5776 Kuakini Highway, Unit 133, Kailua-Kona, Hawaii.   Attached hereto as *Exhibit 28* and made a part hereof is a true copy, obtained from LandShark, of the Association's Quitclaim Assignment of Condominium Conveyance Document by the Association of Apartment Owners of Kona Islander Inn in favor of the Association of Apartment Owners of Kona Islander Inn dated May 27, 2013, recorded in the Land Court on May 29, 2013 at Doc. No. T-8549272 and noted on TCT 233934 reflecting the foreclosure sale of this property.

27.   Attached hereto as *Exhibit 29* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed with Reservations, Covenants and Obligations by Keauhou Resort Development Corp. in favor of Clay dated July 6, 2004 and recorded in the BOC on July 9, 2004 at Doc. No. 2004-139351, reflecting the purchase by Clay of a vacant lot at North Kona, Hawaii described as Lot 20, Bayview Estates at Keauhou, Phase II, designated by

TMK No. (3) 7-8-011-030.  Attached hereto as *Exhibit 30* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Clay in favor of James M. Davey and Deborah H. Davey dated September 24, 2004 and recorded in the BOC on September 30, 2004 at Doc. No. 2004-201058, reflecting Clay's sale of this property.

28.     Attached hereto as *Exhibit 31* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by K&H Hawaii Farm Limited in favor of Clay dated May 10, 2004 and recorded in the BOC on September 16, 2004 at Doc. No. 2004-189893, reflecting Clay's purchase of a vacant lot at South Kona, Hawaii described as Lot 13-B-1, Kaohe Ranch, designated by TMK (3) 8-7-008-050.  Attached hereto as *Exhibit 32* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Clay in favor of Michael J. West and Jitka West dated July 25, 2008 and recorded in the BOC on August 22, 2008 at Doc. No. 2008-133373, reflecting the sale of this property by Clay.

29.     Attached hereto as *Exhibit 33* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Kona Plantation Estates, LLC in favor of Farnhams dated May 16, 2005 and recorded in the BOC on June 2, 2005 at Doc. No. 2005-109561, reflecting the Farnhams' purchase of Lot 6 of the Kona Plantation Estates.  This is the "Farnham Property" designated by TMK No.

(3) 7-4-007-104 and located at 74-4910 Hao Kuni Place, #6, Kailua-Kona, Hawaii described at paragraph 43 of the SAC [Dkt #182].  Attached hereto as ***Exhibit 34*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgagee's Quitclaim Deed Pursuant to Power of Sale by Deutsche Bank National Trust Company, a National Banking Association as Trustee of the IndyMac INDX Mortgage Trust 2007-AR15, Mortgage Pass-Through Certificates, Series 2007-AR15 in favor of Deutsche Bank National Trust Company, a National Banking Association as Trustee of the IndyMac INDX Mortgage Trust 2007-AR15, Mortgage Pass-Through Certificates, Series 2007-AR15 dated April 28, 2011 and recorded in the BOC on June 16, 2011 at Doc. No. 2011-095392, reflecting the foreclosure sale of the Farnham Property.

30.     The public real property records found in LandShark and DLNR show that, during the time Farnhams owned the Farnham Property, Farnhams also held interests in other Hawaii properties, as described below, in addition to the Farnham Property.

31.     Attached hereto as ***Exhibit 35*** and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Thomas Francis Richason and Mary Ann Richason in favor of Farnhams dated May 28, 1999, recorded in the Land Court on June 8, 1999  at Doc. No. 2550392 and noted on TCT 337,676, reflecting the Farnham's purchase of Lot 24, Hualalai Colony

{00364764.3}                              15

subdivision, Kailua-Kona, Hawaii designated by TMK (3) 7-5-034-010.  No record

of any further sale of this property appears in the LandShark or DLNR records as

of this date, so it appears that Farnhams still own this property.

32.    Attached hereto as ***Exhibit 36*** and made a part hereof is a true

copy, obtained from LandShark, of the Commissioner's Apartment Deed Power of

Sale in the Bay Club Ownership Resort, Inc. by The Bay Club Ownership Resort,

Inc. in favor of Farnhams dated August 16, 2004 and recorded in the BOC on

August 30, 2004 at Doc. No. 2004-177134, reflecting the purchase by Farnhams,

through non-judicial foreclosure sale, of a timeshare interest in Apartment 116 in

the Bay Club at Waikoloa Beach Resort condominium project, designated by TMK

No. (3) 6-9-007-0031.  Attached hereto as ***Exhibit 37*** and made a part hereof is a

true copy, obtained from LandShark, of the Bay Club Vacation Ownership Deed

by Farnhams in favor of Heidi Emboyan dated February 26, 2008 and recorded in

the BOC on March 4, 2008 at Doc. No. 2008-033030, reflecting the Farnhams'

sale of this timeshare interest.

33.    Attached hereto as ***Exhibit 38*** and made a part hereof is a true

copy, obtained from LandShark, of the Land Court Deed by Robert Wilson Bailey

and Judith Pualani Bailey in favor of Kirby dated June 4, 2003, recorded in the

Land Court on June 12, 2003 at Doc. No. 2941530 and noted on TCT 443,281,

reflecting Kirby's purchase of the property at Keaau, Puna, Hawaii designated by

TMK (3) 1-6-082-055.  This is the "Kirby Property" located at 16-2080 Paradise Drive, Pahoa, Hawaii described at paragraph 38 of the SAC [Dkt #182].  Attached hereto as ***Exhibit 39*** is a true copy, obtained from the Hawaii RPTO, of the real property tax information for the Kirby Property confirming the address.  Attached hereto as ***Exhibit 40*** and made a part hereof is a true copy, obtained from LandShark, of the Mortgagee's Quit Claim Deed by Mortgage Electronic Registration Systems, Inc. as nominee for New Century Mortgage Corporation in favor of Deutsche Bank National Trust Company, on behalf of Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 dated November 16, 2009, recorded in the Land Court on January 11, 2010, at Doc. No. 3930633 and noted on TCT 648,935,  reflecting the foreclosure sale of the Kirby Property.

34.     The public real property records found in LandShark and DLNR show that, from 2003 to the present, Kirby also purchased and sold a dozen more properties, as described below, in addition to the Kirby Property.

35.     Attached hereto as ***Exhibit 41*** and made a part hereof is a true copy, obtained from LandShark, of the Land Court Deed by Marten Kallenberger in favor of Kirby dated June 16, 2003, recorded in the Land Court on June 24, 2003 at Doc. No. 2947054 and noted on TCT 165,957, reflecting Kirby's purchase of two properties at Keaau, Puna, Hawaii designated by TMK (3) 1-6-084-094 and

-095. Attached hereto as *Exhibit 42* and made a part hereof is a true copy,
obtained from LandShark, of the Warranty Deed by Kirby in favor of Abelardo
Enrique Balderas and Alicia Marie Balderas dated May 11, 2004, recorded in the
Land Court on May 19, 2004, at Doc. No. 3111836 and noted on TCT 665,736 and
650,166, reflecting Kirby's sale of these two properties (along with another
property described below).

36.     Attached hereto as *Exhibit 43* and made a part hereof is a true
copy, obtained from LandShark, of the Personal Representative's Deed by Lester
D. Oshiro, Chief Clerk of the Third Circuit Court and Personal Representative of
the Estate of Margaret Mary Rupp, Deceased, in favor of Kirby dated July 17,
2003, recorded in the Land Court on September 23, 2003 at Doc. No. 2997897 and
noted on TCT 164,607, reflecting Kirby's purchase of the property at Keaau, Puna,
Hawaii designated by TMK (3) 1-6-084-089. Kirby's sale of this property (along
with two others) is reflected in *Ex.42*.

37.     Attached hereto as *Exhibit 44* and made a part hereof is a true
copy, obtained from LandShark, of the Land Court Deed by Arthur Moikeha Lee
and Rose Katherine Kamuela Lee in favor of Kirby dated June 6, 2003, recorded in
the Land Court on June 12, 2003 at Doc. No. 2941531 and noted on TCT 604,105,
reflecting Kirby's purchase of the property at Keaau, Puna, Hawaii designated by
TMK (3) 1-6-082-058. Attached hereto as *Exhibit 45* and made a part hereof is a

true copy, obtained from LandShark, of the Land Court Deed by Jon Kirby in favor of Kirby and Rebecca Sue Berkey ("Berkey") dated March 11, 2004, recorded in the Land Court on February 9, 2006, at Doc. No. 3389303 and noted on TCT 648,936, reflecting the transfer of this property from Kirby to himself and Berkey. Attached hereto as *Exhibit 46* and made a part hereof is a true copy, obtained from LandShark, of the Grant Deed by Kirby and Berkey in favor of Berkey dated November 7, 2007, recorded in the Land Court on November 30, 2007, at Doc. No. 3686564 and noted on TCT 791,988, reflecting the transfer of the property to Berkey.

38.     Attached hereto as *Exhibit 47* and made a part hereof is a true copy, obtained from LandShark, of the Land Court Deed by Kermit Cardell Thompson and Marilyn Thompson in favor of Kirby dated July 26, 2004, recorded in the Land Court on August 3, 2004 at Doc. No. 3146494 and noted on TCT 329,632, reflecting Kirby's purchase of the property at Keaau, Puna, Hawaii designated by TMK (3) 1-5-015-004.  Attached hereto as *Exhibit 48* and made a part hereof is a true copy, obtained from Landshark, of the Warranty Deed by Kirby in favor of Warren Mark Flaschen and Denise Michele Rea dated September 1, 2005, recorded in the Land Court on October 3, 2005, at Doc. No. 3335302 and noted on TCT 708,344, reflecting Kirby's sale of this property.

39.   Attached hereto as *Exhibit 49* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Roy Masaji Daikawa and Mildred Daikawa in favor of Kirby (50% interest) and Greggory Lester Perry ("Perry") (50% interest) dated December 9, 2004, recorded in the Land Court on December 14, 2004 at Doc. No. 3205428 and noted on TCT 262,111, reflecting Kirby and Perry's purchase of the property at Keaau, Puna, Hawaii designated by TMK (3) 1-5-015-011.   Attached hereto as *Exhibit 50* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Kirby and Perry in favor of J & G Properties, LLC ("J&G") dated October 23, 2006, recorded in the Land Court on November 2, 2006, at Doc. No. 3508119 and noted on TCT 727,358, reflecting Kirby and Perry's transfer of this property to J&G.   Attached hereto as *Exhibit 51* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by J&G in favor of David Edward Burns dated October 23, 2006, recorded in the Land Court on November 2, 2006, at Doc. No. 3508120 and noted on TCT 831,549, reflecting the sale by J&G (on whose behalf Kirby and Perry signed) of this property.   Attached hereto as *Exhibit 52* and made a part hereof is a true copy, obtained from DCCA, of the business information on file for J&G, showing that Kirby and Perry were both members of J&G.

40.   Attached hereto as *Exhibit 53* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Aogaku Service Co.,

Ltd. in favor of Kirby dated October 14, 2005, recorded in the Land Court on

October 21, 2005 at Doc. No. 3343913 and noted on TCT 158,638, reflecting

Kirby's purchase of the property at Keaau, Puna, Hawaii designated by TMK (3)

1-6-049-010.  Attached hereto as *Exhibit 54* and made a part hereof is a true copy,

obtained from Landshark, of the Warranty Deed by Kirby in favor of Daniel Canas

dated October 5, 2011, recorded in the Land Court on October 20, 2011, at Doc.

No. 4105368 and noted on TCT 776,220, reflecting Kirby's sale of this property.

      41.    Attached hereto as *Exhibit 55* and made a part hereof is a true

copy, obtained from LandShark, of the Land Court Deed by Kunori Pacific

College, Inc. in favor of Kirby and his wife, Shu-Hua Ho ("Ho") dated December

12, 2006, recorded in the Land Court on December 14, 2006 at Doc. No. 3527086

and noted on TCT 518,499, reflecting Kirby and Ho's purchase of the property at

Keaau, Puna, Hawaii designated by TMK (3) 1-5-021-198.  Attached hereto as

*Exhibit 56* is a true copy, obtained from the Hawaii RPTO, of the real property tax

information for this property showing the address of this property and confirming

that Kirby and Ho appear as owners thereof.  There are no records reflecting any

subsequent sale of this property by Kirby and Ho available in LandShark or DLNR

as of this date.

      42.    Attached hereto as *Exhibit 57* and made a part hereof is a true

copy, obtained from LandShark, of the Deed by Hawaiian Paradise Park LLC in

favor of Kirby and Ho dated December 12, 2011, recorded in the Land Court on December 20, 2011 at Doc. No. T-8023052  and noted on TCT 769024, reflecting Kirby's purchase of the property at Keaau, Puna, Hawaii designated by TMK (3) 1-5-048-095.  Attached hereto as ***Exhibit 58*** and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Kirby and Ho in favor of Roger Spencer Kanaar dated November 22, 2013, recorded in the Land Court on December 2, 2013, at Doc. No. T-8736107 and noted on TCT 1036195, reflecting Kirby and Ho's sale of this property.

43.     Attached hereto as ***Exhibit 59*** and made a part hereof is a true copy, obtained from LandShark, of the Deed by Masatoshi Anraku and Suzuyo Anraku in favor of Kirby and Ho dated December 8, 2011, recorded in the Land Court on December 20, 2011 at Doc. No. T-8023090 and noted on TCT 777129, reflecting Kirby's purchase of the property at Keaau, Puna, Hawaii designated by TMK (3) 1-5-048-106.  Attached hereto as ***Exhibit 60*** and made a part hereof is a true copy, obtained from LandShark, of the Quitclaim Deed by Kirby and Ho in favor of Kirby dated May 29, 2015, recorded in the Land Court on June 4, 2015, at Doc. No. T-9285328 and noted on TCT 1036207, reflecting the transfer to Kirby of this property.  Attached hereto as ***Exhibit 61*** and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Kirby in favor of Charles Luis Saldana and Lucille Mailelei Saldana dated November 30, 2015,

recorded in the Land Court on December 4, 2015, at Doc. No. T-9468071 and noted on TCT 1098503, reflecting Kirby's sale of this property.

44.     Attached hereto as *Exhibit 62* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Brooke Healani Young Nasby in favor of Kirby dated February 27, 2014, recorded in the Land Court on March 4, 2014, at Doc. No. T-8828119 and noted on TCT 938050, reflecting Kirby's purchase of the property at Keaau, Puna, Hawaii designated by TMK (3) 1-5-026-013. Attached hereto as *Exhibit 63* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Kirby in favor of Scott Allen Jorgenson and Treva Elaine Jorgenson dated July 18, 2018, recorded in the Land Court on July 20, 2018, at Doc. No. T-10427114 and noted on TCT 1074830, reflecting Kirby's sale of this property.

45.     Attached hereto as *Exhibit 64* and made a part hereof is a true copy, obtained from LandShark, of the Vacation Ownership Deed by SVO Pacific, Inc. in favor of Kirby and Ho dated March 30, 2008, recorded in the Land Court on May 8, 2008, at Doc. No. 3744574 and noted on TCT 893,112, reflecting Kirby and Ho's purchase of a fee simple vacation ownership interest (or timeshare) in the Ocean Resort Villas condominium at Kaanapali North Beach. Attached hereto as *Exhibit 65* and made a part hereof is a true copy, obtained from LandShark, of the Vacation Ownership Deed (Deed in Place of Foreclosure) by Kirby and Ho in

favor of SVO Pacific, Inc. dated June 19, 2009, recorded in the Land Court on July

17, 2009, at Doc. No. 3880176 and noted on TCT 906,961, reflecting Kirby and

Ho's sale of this timeshare.

   46. Attached hereto as *Exhibit 66* and made a part hereof is a true

copy, obtained from LandShark, of the Apartment Deed by Jeffrey Paul Kaaiai

Peterson in favor of Limas dated October 25, 2005, recorded in the BOC on

October 31, 2005, at Doc. No. 2005-221167, reflecting the Limas' purchase of

Apartment No. 2303A of the Century Park Plaza condominium project. This is the

"Lima Property" designated by TMK (1) 9-7-024-035-0151 and located at 1060

Kamehameha Highway, Apt. 2303A, Pearl City, Hawaii described at paragraph 37

of the Second Amended Complaint filed herein on June 20, 2018 ("SAC") [Dkt

#182]. Attached hereto as *Exhibit 67* is a true copy, obtained from the Honolulu

RPAD, of the real property tax information for the Lima Property confirming the

address. Attached hereto as *Exhibit 68* and made a part hereof is a true copy,

obtained from LandShark, of the Limited Warranty Deed by Deutsche Bank

National Trust Company, as Trustee for New Century Home Equity Loan Trust,

Series 2005-C, Asset Backed Pass-Through Certificates, in favor of Century Park P

S Holdings, LLC, dated May 18, 2009, recorded in the BOC on July 6, 2009, at

Doc. No. 2009-103151, reflecting the foreclosure sale of the Lima Property.

47.     The public real property records found in LandShark and

DLNR show that, from 2005 to 2009, the Limas also purchased and sold several

more Hawaii properties, as described below, in addition to the Lima Property.

48.     Attached hereto as ***Exhibit 69*** and made a part hereof is a true

copy, obtained from LandShark, of the Deed by Salvador Delizo and Anna Barbara

Puanani Delizo ("Delizos") in favor of Salvador Delizo and Barbara Ann Delizo

Lima dated April 26, 2002, recorded in the Land Court on May 2, 2002, at Doc.

No. 2800876 and noted on Transfer Certificate of Title ("TCT") 145,216,

reflecting the transfer of the property located at 91-1165 Kauiki Street, Ewa Beach,

Hawaii and identified by TMK (1) 9-1-041-003 ("Kauiki Street Property") from

the Delizos to Salvador Delizo and Barbara Ann Delizo Lima as joint tenants.

Attached hereto as ***Exhibit 70*** is a true copy, obtained from the Honolulu RPAD,

of the real property tax information for this property confirming the address.

Attached hereto as ***Exhibit 71*** is a true copy, obtained from LandShark, of the

Quitclaim Deed by Salvador Delizo and Barbara Ann Delizo-Lima in favor of the

Delizos dated September 28, 2007, recorded in the Land Court on September 28,

2007 at Doc. No. 3662071, and noted on TCT 610,508, reflecting the transfer of

this property back to the Delizos.  Attached hereto as ***Exhibit 72*** and made a part

hereof is a true copy of a Quitclaim Deed by Delizos in favor of Limas (as to a

99% interest) and  Salvador Delizo (as to a 1% interest) dated January 22, 2010,

recorded in the Land Court on February 4, 2010 at Doc. No. 3937730 and noted on TCT 878,944, reflecting the transfer of this property to the Limas. It appears that the Kauiki Property was the primary residence of both Limas and Delizos, as it is identified as their address in *Ex.66*, *Ex.69* and *Ex.72*.

49.     Attached hereto as *Exhibit 73* and made a part hereof is a true copy, obtained from LandShark, of the Apartment Deed by Ted Raymond Ketcham, Margaret Elizabeth Ketcham and Rosalind Clark Mason in favor of the Limas recorded in the BOC on October 3, 2005 at Doc. No. 2005-199890, reflecting the Limas' purchase of Apartment No. 3008A at the Century Park Plaza condominium project, 1060 Kamehameha Highway, Pearl City, Hawaii, designated by TMK (1) 9-7-024-035-0204. Attached hereto as *Exhibit 74* is a true copy, obtained from the Honolulu RPAD, of the real property tax information for this property confirming the address. Attached hereto as *Exhibit 75* and made a part hereof is a true copy, obtained from LandShark, of the Apartment Deed by Limas in favor of Delizos (80% interest) and Limas (20% interest) dated September 28, 2007 and recorded in the BOC on September 28, 2007, at Doc. No. 2007-173384, reflecting the Limas' transfer of an interest in this property. Attached hereto as *Exhibit 76* and made a part hereof is a true copy, obtained from LandShark, of the Apartment Deed by Delizos and Limas in favor of Greg Robert Grutzmacher and Heidi Jo Grutzmacher dated November 26, 2007 and recorded in

the BOC on November 30, 2007 at Doc. No. 2007-207940, reflecting Delizos and

Limas' sale of this property. *Ex. 73*, *Ex. 75* and *Ex. 76* show the Delizos and Limas'

address as the Kauiki Street Property.

50.     Attached hereto as *Exhibit 77* and made a part hereof is a true

copy, obtained from LandShark, of the Apartment Deed by Salvador Delizo in

favor of Salvador Delizo and Limas dated April 10, 2006 and recorded in the BOC

on April 17, 2006, at Doc. No. 2006-070319, reflecting the transfer to the Limas of

an interest in Apartment #4303A at the Century Park Plaza condominium project,

1060 Kamehameha Highway, Pearl City, Hawaii identified by TMK No. (1) 9-7-

024-035-0291.  Attached hereto as *Exhibit 78* is a true copy, obtained from the

Honolulu RPAD, of the real property tax information for this property confirming

the address.  Attached hereto as *Exhibit 79* and made a part hereof is a true copy,

obtained from LandShark, of the Apartment Deed by Salvador Delizo and Limas in

favor of the Delizos dated September 28, 2007 and recorded in the BOC on

September 28, 2007 at Doc. No. 2007-173385, reflecting the transfer of this

property by the Limas.  *Ex. 77* shows the Delizos' and Limas' address as the

Kauiki Street Property.

51.     Attached hereto as *Exhibit 80* and made a part hereof is a true

copy, obtained from LandShark, of the Apartment Deed by Lois J. Campbell,

Trustee in favor of Ryans dated November 15, 2005 and recorded in the BOC on

November 18, 2005 at Doc. No. 2005-236061, reflecting the Ryan's purchase of Apartment 111 at the Wailua Bay View Apartments condominium project. This is the "Ryan Property" designated by TMK No. (4) 4-1-005-003-0011 and located at 320 Papaloa Road, Unit #111, Kapaa, Hawaii described at paragraph 44 of the SAC [Dkt #182]. Attached hereto as *Exhibit 81* is a true copy, obtained from the Kauai RPAD, of the real property tax information for this property confirming the address. Attached hereto as *Exhibit 82* and made a part hereof is a true copy, obtained from LandShark, of the Quitclaim Apartment Deed by Ryans in favor of Ryans as Trustees of the Ryan Family Living Trust ("Ryan Trust") dated August 14, 2006 and recorded in the BOC on August 22, 2006 at Doc. No. 2006-153347, reflecting the transfer of this property from Ryans to the Ryan Trust. Attached hereto as *Exhibit 83* and made a part hereof is a true copy, obtained from LandShark, of the Quitclaim Deed by Ryan Trust in favor of Miracles Property LLC ("Ryan LLC") dated January 11, 2008 and recorded in the BOC on April 3, 2008 at Doc. No. 2008-051416, reflecting the transfer of this property from Ryan Trust to Ryan LLC. Attached hereto as *Exhibit 84* and made a part hereof is a true copy, obtained from DCCA, of the filings for Ryan LLC, showing Ryans as managers of Ryan LLC. According to *Ex.80, Ex.82* and *Ex.84*, the Ryans, Ryan Trust and Ryan LLC all share the same address (20111 Bayview Avenue, Newport Beach, CA 92660). Attached hereto as *Exhibit 85* and made a part hereof is a true

copy, obtained from LandShark, of the Quitclaim Deed by Ryan LLC in favor of

Ryans dated July 20, 2010 and recorded in the BOC on August 16, 2010 at Doc.

No. 2010-118323, reflecting the transfer of this property from Ryan LLC (on

whose behalf Donna Ryan signed) back to the Ryans. Attached hereto as *Exhibit*

*86* and made a part hereof is a true copy, obtained from LandShark, of the

Mortgagee's Grant Deed Pursuant to Power of Sale by Deutsche Bank National

Trust Company as Trustee for Harborview Mortgage Loan Trust 2006-SB1 in

favor of Deutsche Bank National Trust Company as Trustee for Harborview

Mortgage Loan Trust 2006-SB1 dated May 31, 2011 and recorded in the BOC on

June 21, 2011 at Doc. No. 2011-097244, reflecting the foreclosure sale of the Ryan

Property.

52.     The public real property records found in LandShark and

DLNR show that, during the time Ryans owned the Ryan Property, Ryans also

held interests in another Hawaii property, as described below, in addition to the

Ryan Property.

53.     Attached hereto as *Exhibit 87* and made a part hereof is a true

copy, obtained from LandShark, of the Exchange Apartment Deed by Shawn Harry

McCullough in favor of Ryans dated February 26, 2005 and recorded in the BOC

on March 8, 2005 at Doc. No. 2005-045122, reflecting the Ryan's purchase of

Apartment 115 at the Wailua Bay View Apartments condominium project,

designated by TMK No. (4) 4-1-005-003-0004 and located at 320 Papaloa Road, Unit #115, Kapaa, Hawaii.  Attached hereto as *Exhibit 88* and made a part hereof is a true copy, obtained from LandShark, of the Quitclaim Apartment Deed by Ryans in favor of Ryan Trust dated March 1, 2005 and recorded in the BOC on March 9, 2005 at Doc. No. 2005-046834, reflecting the transfer of this property from Ryans to the Ryan Trust.  Attached hereto as *Exhibit 89* and made a part hereof is a true copy, obtained from LandShark, of the Quitclaim Deed by Ryan Trust in favor of Ryan LLC dated January 11, 2008 and recorded in the BOC on April 3, 2008 at Doc. No. 2008-051415, reflecting the transfer of this property from Ryan Trust to Ryan LLC.  Attached hereto as *Exhibit 90* and made a part hereof is a true copy, obtained from LandShark, of the Quitclaim Deed by Ryan LLC in favor of Ryans dated July 20, 2010 and recorded in the BOC on August 16, 2010 at Doc. No. 2010-118322, reflecting the transfer of this property from Ryan LLC back to the Ryans.  Attached hereto as *Exhibit 91* and made a part hereof is a true copy, obtained from LandShark, of the Mortgagee's Quitclaim Deed Pursuant to Power of Sale by Aurora Loan Services, LLC in favor of Aurora Loan Services, LLC dated February 5, 2011 and recorded in the BOC on February 14, 2011 at Doc. No. 2011-026909, reflecting the foreclosure sale of this property.

54.     Attached hereto as *Exhibit 92* and made a part hereof is a true copy, obtained from LandShark, of the Apartment Deed by John Ole Johnson and

Janice Ann Crofts in favor of Weatherly dated January 30, 2004, recorded in the Land Court on February 12, 2004 at Doc. No. 3069039 and noted on TCT 635,873, reflecting Weatherly's purchase of Apartment No. 253 of the Ala Wai Terrace condominium project. This is the "Weatherly Property" designated by TMK (1) 2-6-011-022-0007 and located at 1684 Ala Moana Boulevard, #253, Honolulu, Hawaii described at paragraph 46 of the SAC [Dkt #182]. Attached hereto as *Exhibit 93* is a true copy, obtained from the Honolulu RPAD, of the real property tax information for the Weatherly Property confirming the address. Attached hereto as *Exhibit 94* and made a part hereof is a true copy, obtained from LandShark, of the Mortgagee's Quitclaim Deed Pursuant to Power of Sale by Deutsche Bank National Trust Company, as Trustee on Behalf of the Harborview Mortgage Loan Trust 2006-5 in favor of Deutsche Bank National Trust Company, as Trustee on Behalf of the Harborview Mortgage Loan Trust 2006-5 dated May 30, 2009, recorded in the Land Court on October 20, 2009, at Doc. No. 3908307 and noted on TCT 946,367, reflecting the foreclosure sale of the Weatherly Property.

55.     The public real property records found in LandShark and DLNR show that, during the time he owned the Weatherly Property, Weatherly also purchased and sold several more Hawaii properties, as described below, in addition to the Weatherly Property.

56.     Attached hereto as *Exhibit 95* and made a part hereof is a true copy, obtained from LandShark, of the Apartment Deed by Marco Paul, Jr. in favor of Weatherly dated March 22, 2005, recorded in the Land Court on March 24, 2005 at Doc. No. 3244874 and noted on TCT 591,940, reflecting Weatherly's purchase of Apartment No. 1505 in the Makaha Valley Towers condominium project at Makaha, Waianae, Hawaii designated by TMK (1) 8-4-002-010-0462. Attached hereto as *Exhibit 96* and made a part hereof is a true copy, obtained from LandShark, of the Apartment Deed by Weatherly in favor of Gerald John Dollard and Maryann Jodoin dated November 21, 2008, recorded in the Land Court on November 26, 2008, at Doc. No. 3809028 and noted on TCT 739,885, reflecting Weatherly's sale of this property.

57.     Attached hereto as *Exhibit 97* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed with Covenants and Reservations by Ke Noho Kai Development, LLC in favor of Weatherly dated April 3, 2006, recorded in the Land Court on April 21, 2006 at Doc. No. 3419189 and noted on TCT 776,066, reflecting Weatherly's purchase of the property at Honouliuli, Ewa, Hawaii designated by TMK (1) 9-1-133-098.  Attached hereto as *Exhibit 98* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Weatherly in favor of Clarence Dwight Moniz dated September

10, 2008, recorded in the Land Court on September 12, 2008, at Doc. No. 3788664 and noted on TCT 802,257, reflecting Weatherly's sale of this property.

58.     Attached hereto as *Exhibit 99* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by John Patrick Neuhaus in favor of Weatherly dated May 8, 2006, recorded in the Land Court on May 12, 2006 at Doc. No. 3427766 and noted on TCT 681,707, reflecting Weatherly's purchase of the property at Makaha, Waianae, Hawaii designated by TMK (1) 8-4-029-109.  Attached hereto as *Exhibit 100* and made a part hereof is a true copy, obtained from LandShark, of the Warranty Deed by Weatherly in favor of Minhhia Ngan Le dated March 25, 2009, recorded in the Land Court on March 30, 2009, at Doc. No. 3842762 and noted on TCT 804,824, reflecting Weatherly's sale of this property.

59.     Attached hereto as *Exhibit 101* and made a part hereof is a true copy, obtained from LandShark, of the Apartment Deed by Adrienne Weatherly Lally ("Lally") in favor of Weatherly and Lally dated April 27, 2006, recorded in the Land Court on May 1, 2006 at Doc. No. 3422487 and noted on TCT 676,508, reflecting the transfer to Weatherly of a joint interest in Apartment No. 153 of the Ala Wai Terrace condominium project, designated by TMK (1) 2-6-11-22-4. Attached hereto as *Exhibit 102* and made a part hereof is a true copy, obtained from LandShark, of the Quitclaim Apartment Deed by Weatherly and Lally in

favor of Lally dated February 29, 2008, recorded in the Land Court on March 5, 2008, at Doc. No. 3718832 and noted on TCT 803,195, reflecting the transfer of this property back to Lally.

I, ANDREW V. BEAMAN, do declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, February 15, 2019.

/s/ Andrew V. Beaman
ANDREW V. BEAMAN