**BICKERTON LAW GROUP, LLLP**
JAMES J. BICKERTON                  3085-0
BRIDGET G. MORGAN-BICKERTON         8705-0
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 801
Honolulu, Hawai'i 96813
Telephone: (808) 599-3811
Email: bickerton@bsds.com; morgan@bsds.com

**PERKIN & FARIA LLLC**
JOHN F. PERKIN                      1673-0
700 Bishop Street, Suite 1111
Honolulu, Hawaii 96813
Tel. (808) 523-2300

**AFFINITY LAW GROUP**
VAN-ALAN H. SHIMA                   8176-0
1188 Bishop Street, Suite 3408
Honolulu, Hawai'i 96813
Tel. (808) 545-4600

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIONEL LIMA, JR., and BARBARA-ANN DELIZO-LIMA; and CALVIN JON KIRBY II individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; THE LAW OFFICE OF DAVID B. ROSEN, A LAW CORPORATION; DAVID B. | CIVIL NO. 12-00509 SOM-RLP<br>(Class Action)<br><br>**PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S MOTION FOR SUMMARY JUDGMENT [Dkt. 238]; DECLARATION OF JAMES C.** |

| | |
|---|---|
| ROSEN, and Doe DEFENDANTS 1-50,<br><br>           Defendants. | CLAY; DECLARATION OF KATHERYN A. CORYEA; DECLARATION OF SCOTT A. CORYEA; DECLARATION OF NANCY L. FARNHAM; DECLARATION OF RICHARD H. FARNHAM; DECLARATION OF CALVIN J. KIRBY; DECARATION OF DONNA RYAN; DECLARATION OF TIMOTHY RYAN; DECLARATION OF KANIALA SALIS; DECLARATION OF BRIAN S. WEATHERLY; DECLARATION OF JAMES J. BICKERTON; EXHIBITS "1"-"63"; CERTIFICATE OF SERVICE<br><br>Trial Date: July 16, 2019<br>Judge: The Hon. Susan Oki Mollway |

**PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S MOTION FOR SUMMARY JUDGMENT [Dkt. 238]**

Pursuant to Rule 56.1 of the Civil Local Rules of Practice for the United States District Court for the District of Hawaii, Plaintiffs submit their Separate and Concise Statement of Material Facts in support of Plaintiff's Memorandum in Opposition to Defendant Deutsche Bank National Trust Company, as Trustee's (***"Defendant"***) Motion for Summary Judgment [Dkt. 238], which is filed contemporaneously herewith.

Fact Nos. 1-47 correspond to the "Concise Statement of Facts in Support of The Motion for Summary Judgment by Defendant Deutsche Bank National Trust Company, as Trustee" [Dkt. 239]. Where appropriate, Plaintiffs have indicated that the facts relied upon by the Defendant are controverted. These are followed by additional material facts and supporting evidence that Plaintiffs introduce to demonstrate the existence of genuine issues of material fact.

## PLAINTIFFS' RESPONSE TO DEFENDANT'S CONCISE STATEMENT OF FACTS [Dkt. 239]

| Defendant's Ex. Nos. | FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| 1. | Admit. | |
| 2. | Immaterial; disputed as to Ryans and Farnhams. | The Suehiro-Decl., ¶116 erroneously cites "Ex. 26, at 19:16-19"; Ex. 26 is Donna Ryan's Responses and Objections to Interrogatories. JJB Decl. ¶54 as to Richard Farnham (Plaintiffs' Ex. 20). |
| 3. | Disputed. | Exhs. 54-61; JJB Decl. ¶¶70-77 |
| 4. | Admit. | |
| 5. | Partially disputed. DBNTC was not the "mortgagee" in the subject mortgages, or the "Lender" in the subject notes. Hawaii law does not recognize DBNTC as having a separate "Trustee" capacity. | SAC ¶¶14,21,47,51,52,55,57,87. |
| 6. | Admit. | |

3

| 7. | Disputed; immaterial. DBNTC was assigned, and thereafter foreclosed, the subject mortgages as the mortgagee. | SAC ¶¶14,21,47,51,52,55,57,87. |
|---|---|---|
| 8. | Disputed; immaterial. Hawaii law does not recognize DBNTC as having a separate "Trustee" capacity. | SAC ¶¶14,21,47,51,52,55,57,87. Exhs. 1,6,11,17,28,33,39,40,46. JJB Decl. ¶¶ 17,22,27,33,44,49,55,56,62. |
| 9. | Admit. | |
| 10. | Admit. | |
| 11. | Admit. | |
| 12. | Disputed; immaterial, and constitutes a legal conclusion. | Defendant's Ex. 11: ¶4 at 7 (Lima); ¶23 at 11 (Kirby); ¶42 at 14 (Cabison); ¶61 at 18 (Clay); ¶80 at 22 (Coryea); ¶99 at 25 (Farnham); ¶118 at 29 (Kron); ¶137 at 33 (Ryan); ¶156 at 36 (Salis); ¶175 at 40 (Weatherly). |
| 13. | Disputed. Plaintiffs lost title to their Property as a result of "wrongful" non-judicial foreclosure or non-judicial foreclosures conducted in violation of the Plaintiffs' Mortgages; HRS Chap. 667, Part I (2008); and common law. | Exhs. 2-4, 7-9, 12-15, 18-20, 22-25, 29-31, 34-36, 41-44, 47-49. JJB Decl. ¶¶18-20, 23-25, 28-31, 34-36, 38-41, 45-47, 50-52, 57-60, 63-65. |
| 14. | Disputed. DBNTC was the foreclosing mortgagee or directed the acts of its nominee in each subject | Exhs. 2-4, 7-9, 12-15, 18-20, 22-25, 29-31, 34-36, 41-44, 47-49. JJB Decl. ¶¶18-20, 23-25, 28-31, 34-36, 38-41, 45-47, 50-52, 57-60, 63-65. |

4

|  | | |
|---|---|---|
|  | foreclosures. | |
| 15. | Disputed. DBNTC was the foreclosing mortgagee in each subject foreclosure on whose behalf any third-parties were acting as their agents. | Exhs. 2-4, 7-9, 12-15, 18-20, 22-25, 29-31, 34-36, 41-44, 47-49. JJB Decl. ¶¶18-20, 23-25, 28-31, 34-36, 38-41, 45-47, 50-52, 57-60, 63-65. |
| 16. | Disputed; a legal conclusion rather than fact. | Exhs. 2-4, 7-9, 12-15, 18-20, 22-25, 29-31, 34-36, 38, 41-44, 47-49, 52. JJB Decl. ¶¶18-20, 23-25, 28-31, 34-36, 38-41, 45-47, 50-52, 54, 57-60, 63-65, 68. |
| 17. | Disputed; a legal conclusion rather than fact. | Exhs. 2-4, 7-9, 12-15, 18-20, 22-25, 29-31, 34-36, 38, 41-44, 47-49, 52. JJB Decl. ¶¶18-20, 23-25, 28-31, 34-36, 38-41, 45-47, 50-52, 54, 57-60, 63-65, 68. |
| 18. | Disputed; a legal conclusion rather than fact. | Exhs. 2-4, 7-9, 12-15, 18-20, 22-25, 29-31, 34-36, 38, 41-44, 47-49, 52. JJB Decl. ¶¶18-20, 23-25, 28-31, 34-36, 38-41, 45-47, 50-52, 54, 57-60, 63-65, 68. |
| 19. | Disputed, legal conclusion rather than fact, and subject to stated objections. | Defendant's Ex. 11: ¶1 at 7 (Lima); ¶20 at 10 (Kirby); ¶39 at 14 (Cabison); ¶58 at 17-18 (Clay); ¶77 at 21 (Coryea); ¶96 at 25 (Farnham); ¶115 at 29 (Kron); ¶134 at 32 (Ryan); ¶153 at 36 (Salis); ¶172 at 39-40 (Weatherly). |
| 20. | Disputed, immaterial; legal conclusion, and subject to stated objections. | Defendant's Ex. 11: ¶8 at 8 (Lima); ¶27 at 11 (Kirby); ¶46 at 15 (Cabison); ¶65 at 19 (Clay); ¶84 at 22 (Coryea); ¶103 at 26 (Farnham); ¶122 at 30 (Kron); ¶141 at 33 (Ryan); ¶160 at 37 (Salis); ¶179 at 41 (Weatherly). |
| 21. | Disputed; a legal | SAC ¶¶21,68-71,81,92,95-97. |

| | | |
|---|---|---|
| | conclusion rather than fact. | Plaintiffs' Declarations. Exhs. 55-61; JJB Decl. ¶¶71-77. |
| 22. | Disputed; a legal conclusion rather than fact. | SAC ¶¶21, 68-71, 81, 92, 95-97. Coryea Decl. Exhs. 55-61; JJB Decl. ¶¶71-77. |
| 23. | Disputed. | SAC ¶¶21,68-71,81,92,95-97. |
| 24. | Disputed. | SAC ¶¶21,68-71,81,92,95-97. Kirby Decl.; Exh. 58; JJB Decl. ¶74. |
| 25. | Disputed. | SAC ¶¶21, 68-71, 81, 92, 95-97. |
| 26. | Disputed; a legal conclusion rather than fact. | SAC ¶¶21,68-71,81,92,95-97. Clay Decl.; Exh. 56; JJB Decl. ¶72. |
| 27. | Disputed; a legal conclusion rather than fact. | SAC ¶¶21,68-71,81,92,95-97. Coryea Decl.; Exh. 60; JJB Decl. ¶76. |
| 28. | Disputed; a legal conclusion rather than fact. | SAC ¶¶21,68-71,81,92,95-97. Farnham Decl.; Exh. 59; JJB Decl. ¶75. |
| 29. | Disputed. | SAC ¶¶21,68-71,81,92,95-97. Ryan Decl.; Exh. 61; JJB Decl. ¶77. |
| 30. | Disputed. | SAC ¶¶21,68-71,81,92,95-97. Salis Decl.. |
| 31. | Disputed; a legal conclusion rather than fact. | SAC ¶¶21,68-71,81,92,95-97. Weatherly Decl.; Exh. 57; JJB Decl. ¶73. |
| 32. | Immaterial | |
| 33. | Disputed; immaterial; legal conclusion, and subject to stated objections | Defendant's Exhs. 12,13,15, 16,18,20,21,24,25,27,28 |
| 34. | Immaterial | *See* Exh. 28 to Plaintiffs' Motion to Certify Class [Dkt. 237-44] |
| 35. | Immaterial | |
| 36. | Immaterial | |
| 37. | Disputed; legal conclusion, not fact. | Plaintiffs' Declarations |
| 38. | Immaterial | |

| 39. | Immaterial | |
|---|---|---|
| 40. | Immaterial | |
| 41. | Immaterial; question of fact for jury | |
| 42. | Immaterial | |
| 43. | Disputed, immaterial | Defendant's Ex. 11 at 85. |
| 44. | Disputed. Clay's lease was "registered" in Land Court (HRS §501-121) but Clay's lease property did not have a Certificate of Title Number "issued" to it by operation of law, thus none could later be "entered". | *Wells Fargo Bank v. Omiya*, 142 Haw. 439 (2018). HRS §§501-103 and 501-118. Exhs. 9-10; JJB Decl. ¶¶25-26. |
| 45. | Disputed. Complaint filed June 4, 2012, but the Certificate of Title issued upon the Mortgagee's Quitclaim Deed for Kirby Property was "entered" on February 21, 2015. | *Wells Fargo Bank v. Omiya*, 142 Haw. 439 (2018). HRS §501-118. Exhs. 54, 63; JJB Decl. ¶¶70, 79. |
| 46. | Disputed. Complaint filed June 4, 2012, but the Certificate of Title issued upon the Mortgagee's Quitclaim Deed for Weatherly Property was "entered" on October 22, 2014. | *Wells Fargo Bank v. Omiya*, 142 Haw. 439 (2018). HRS §501-118. Exhs. 62, 63; JJB Decl. ¶78-79. |
| 47. | Disputed; constitutes a legal conclusion, not | Exh. 53; JJB Decl. ¶69. |

|   | fact |   |
|---|------|---|

Plaintiffs also contend that the following additional material facts are relevant.

## PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MSJ

|    | **FACTS** | **EVIDENTIARY SUPPORT** |
|----|-----------|-------------------------|
| 1. | Each Plaintiff purchased their property as a personal investment purposes and not in connection with any business venture. | Plaintiffs' Declarations |
| 2. | Section 22 of the subject mortgages stated in relevant part: "Lender shall publish a notice of sale and shall sell the Property at the time and place and under the terms specified in the notice of sale." | Beaman Exhs. 1-9. |
| 3. | Documents titled "Assignment of Mortgage" were recorded in the Bureau of Conveyances and in the Land Court and purported to "grant[], assign[] and transfer[]" "all beneficial interest" under the Mortgage to DBNTC or its nominee. | Exhs. 1,6,11,17,28,33,39,40, 46; JJB Decl. ¶¶ 17,22,27,33,44, 49,55,56,62. |
| 4. | The subject Notices of Sale were signed by DBNTC. | Exhs. 2,7,12,18,22,29,34,47; JJB Decl. ¶¶ 18,23,28,34,38, 45,50,63 |
| 5. | The subject Foreclosure Affidavits were signed by DBNTC. | Exhs. 3,8,13,19,30,35,43,48; JJB Decl. ¶¶19,24,29,35,46, 51,59,64. |
| 6. | The Mortgagee's Grant, Quitclaim, or Limited Warranty Deeds were signed by DBNTC. | Exhs. 4,9,14,15,20,31,36,44, 49; JJB Decl. ¶¶20,25,30,31, 36,47,52,60,65. |
| 7. | CT No. 969960 was "entered" on | Exh. 54; JJB Decl. ¶70. |

8

| | | |
|---|---|---|
| | 2/21/2015 for the Mortgagee's Quitclaim Deed (re Kirby Property). | |
| 8. | CT No. 961728 was "entered" on 10/22/2014 for the Quitclaim Deed & Conveyance Tax Certificate (re Weatherly Property). | Exh. 62; JJB Decl. ¶78. |
| 9. | By Assignment of Mortgage recorded in either the BOC or Land Court - DBNTC, as Trustee was assigned the Mortgages of Plaintiffs Lima, Cabison, Clay, Coryea, Farnham, Ryan, and Weatherly. | Exhs. 1,6,11,17,28,33,46; JJB Decl. ¶¶17,22,27,33,44,49,62. |
| 10. | The Notices of Sales recorded in either the BOC or Land Court for the Lima, Cabison, Clay, Coryea, Farnham, Ryan, and Weatherly Properties identified DBNTC, as Trustee - as the foreclosing mortgagee. An officer of DBNTC executed the Cabison, Clay, and Ryan Notices of Sale. | Exhs. 2,7,12,18,29,34,47; JJB Decl. ¶¶18,23,28,34,45,50,63. |
| 11. | Recorded Foreclosure Affidavits for the Lima, Cabison, Clay, Coryea, Farnham, Ryan, Salis, and Weatherly Properties and Mortgages identified DBNTC, as Trustee - as the foreclosing mortgagee. An officer of DBNTC, as Trustee executed the Cabison, Clay, Ryan, and Salis Foreclosure Affidavits. | Exhs. 3,8,13,19,30,35,43,48; JJB Decl. ¶¶19,24,29,35,46, 51,59,64. |
| 12. | Recorded Mortgagee's Quitclaim or Grant Deeds, and Limited Warranty Deed for the Lima, Cabison, Clay, Coryea, Farnham, Ryan, Salis, and Weatherly Properties identified DBNTC, as Trustee - as the foreclosing mortgagee and/or with "Grantor's foreclosure rights under power of sale". An officer of DBNTC, as Trustee executed the Lima, Cabison, Clay, | Exhs. 4,9,14,15,20,31,36,44, 49; JJB Decl. ¶¶20,25,30,31, 36,47,52,60,65. |

| | |
|---|---|
| Coryea, Farnham, Ryan, and Salis Mortgagee's Quitclaim or Grant Deeds, and Limited Warranty Deed. | |

## CERTIFICATE OF COMPLIANCE WITH LR 7.5 AND LR 56.1

The undersigned hereby certifies that the foregoing (1) response to Defendant's concise statement, and (2) Plaintiffs' separate and concise statement in opposition to Defendant's motion for summary judgment, excluding the case caption, introductory paragraph, footnote, declaration, certificate of service, and this certification, contain a combined total of 1,500 words according to Microsoft Word's word count function.

Dated: Honolulu, Hawaii, March 11, 2019.

    /s/ *James J. Bickerton*
JAMES J. BICKERTON
BRIDGET G. MORGAN-BICKERTON
JOHN F. PERKIN
VAN-ALAN H. SHIMA

Attorneys for Plaintiffs