GRANT R. MACQUEEN, admitted *pro hac vice*
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
E-mail: grant.macqueen@morganlewis.com

Attorneys for Defendant
Deutsche Bank National Trust Company, as trustee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIONEL LIMA, JR., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NAT'L TRUST CO., et al.,<br><br>Defendants. | No. 1:12-cv-00509-SOM-RLP<br><br>**DECLARATION OF GRANT R. MACQUEEN IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT DEUTSCHE BANK NAT'L TRUST CO., AS TRUSTEE** |

**DECLARATION OF GRANT R. MACQUEEN**

I, GRANT R. MACQUEEN, do hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, counsel for defendant Deutsche Bank National Trust Company, as trustee (the "Trustee"). I am an attorney admitted to practice in the State and Federal Courts of New York. I am admitted in this action pro hac vice. I make this declaration based upon my own knowledge, publicly-available documents, documents and/or information from DBNTC, and all prior papers and proceedings

had herein. I am familiar with all prior papers and proceedings herein. This declaration is offered in support of the "Motion to Dismiss of Defendant Deutsche Bank National Trust Company, as Trustee," dated February 15, 2019 (the "Trustee's MTD").

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter, dated October 4, 2017, from James J. Bickerton to the Clerk of the Court in Sigwart v. U.S. Bank, N.A., No. 14-16346 (9th Cir.), at Dkt.#30.

I, GRANT R. MACQUEEN, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 18, 2019.

*[signature]*
GRANT R. MACQUEEN