

First Hawaiian Center
999 Bishop Street, Suite 2100
Honolulu, Hawaii 96813-4443
(o) 808-528-8200
www.chunkerr.com

March 25, 2019

<u>Via Hand Delivery</u>

Honorable Susan Oki Mollway
United States District Court for the District of Hawaii
300 Ala Moana Boulevard, Room C338
Honolulu, HI 96850

      Re:    <u>Lima, et al., v. Deutsche Bank National Trust Company, et al.</u>, Civil No. 12-00509 SOM/RLP, U.S. District Court for the District of Hawaii

Dear Judge Mollway:

    My firm represents defendant Deutsche Bank National Trust Company, as trustee (the "Trustee"), in the above-captioned action. Enclosed for the Court's convenience is a thumb drive containing electronic, hyperlinked "eBrief" versions of the Trustee's submissions made in connection with the Trustee's motion for summary judgment. To aid in Your Honor's review of the Trustee's motion, this "eBrief" functionality will permit Your Honor to immediately access material cited in the Trustee's submissions -- exhibits, declaration references, other court filings, and legal authority -- by clicking on hyperlinked citations in the electronic, hyperlinked versions of the Trustee's submissions and instantly being brought to the cited material.

    Specifically, enclosed please find a thumb drive containing a complete set of the Trustee's submissions with its motion for summary judgment, including "eBrief" versions of:

1. Memorandum of Law in Support of Motion for Summary Judgment of Defendant Deutsche Bank National Trust Company, as Trustee (Dkt.#238-1);

2. Concise Statement of Facts in Support of the Motion for Summary Judgment by Defendant Deutsche Bank National Trust Company, as Trustee (Dkt.#239);

3. Affidavit of Ronaldo R. Reyes in Support of the Motion for Summary Judgment of Defendant Deutsche Bank National Trust Company, as Trustee (Dkt.#239-1);

4. Declaration of Megan A. Suehiro in Support of Motion for Summary Judgment of Defendant Deutsche Bank National Trust Company, as Trustee (Dkt.#239-33);

5. Reply Memorandum in Further Support of the Motion for Summary Judgment of Defendant Deutsche Bank National Trust Company, as Trustee (Dkt.#251);

{00369314.1}

CHUN KERR LLP
a Limited Liability Law Partnership

Honorable Susan Oki Mollway
March 25, 2019
Page 2

    6.    Declaration of Bernard J. Garbutt III in Support of Motion for Summary Judgment of Defendant Deutsche Bank National Trust Company, as Trustee (Dkt.#252); and

    7.    Reply to Plaintiffs' Concise Statement of Material Facts in Opposition to the Motion for Summary Judgment of Defendant Deutsche Bank National Trust Company, as Trustee (Dkt.#253).

An "eBrief Navigation Guide" is also enclosed herewith for reference.

Very truly yours,

CHUN KERR LLP
a Limited Liability Law Partnership

Andrew V. Beaman

AVB:lew
cc: James J. Bickerton, Esq. (with enclosure)

{00369314.1}



eFFICIENT.   eFFECTIVE.   eBRIEFS.

# eBrief Navigation Guide

This guide provides a basic overview on how to navigate through Strut Legal's eBrief tool. If you require additional assistance, please contact a Strut Legal associate at 888-503-0339 or by email, info@strutlegal.com.



- To navigate through the brief, use the Previous and Next Page arrows (A), PgUp/PgDn keys, or the scroll bar on the right side of the screen.
- Click on the blue text to link to the cited document (B). Each document will open in a new window.
- To return to the brief, click on the **Previous Document (C)** bookmark.
- If the link is to another page or cite within the brief (e.g., *infra* or *supra*), click on the **Previous View** bookmark rather than Previous Document to return to where you were reading.



eFFICIENT.   eFFECTIVE.   eBRIEFS.

**Links to Native Files**

Any time there is a link that launches an external program (Excel, PowerPoint, etc.) Adobe will prompt you the first time you select a link to each program with the below message. This is an Adobe security measure to ensure you want to exit the program to access the linked document. Simply click the box next to the "Do not show this message again" text. You will have to do this once for each type of file you are accessing, but after the box is selected, you will not receive the below message again.





eFFICIENT.  eFFECTIVE.  eBRIEFS.

The eBrief is a self-contained disc that does not install any software on the user's computer. To ensure the eBrief is virus-free we use Symantec Antivirus Enterprise Edition 02.24.2017.2017 on all of our networks. This protects against viruses, spyware and malware.

All eBrief discs have been scanned with Symantec Antivirus Enterprise Edition 02.24.2017.2017 and are certified virus-free.

The eBrief will require an operating system of Windows XP or higher. Software will not be installed onto the hard drive of your computer.

Should you require any additional assistance, please contact an eBrief Project Manager at 888.503.0339 or via email: info@strutlegal.com